**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **P3 Pure LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **35-2446731** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 E. Howard Ln., Bldg D** <br> **Pflugerville, TX 78660** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **www.pretty-frank.com; www.primalpitpaste.com**

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **P3 Pure LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor **P3 Pure LLC**      Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard?

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other

     **Where is the property?**      Number, Street, City, State & ZIP Code

     **Is the property insured?**
     ☐ No
     ☐ Yes.    Insurance agency
             Contact name
             Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

5/10/24 4:13PM

| Debtor | **P3 Pure LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

4/26/24 5 36PM

| Debtor | P3 Pure LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U S C. §§ 152, 1341, 1519, and 3571

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/29/2024
MM / DD / YYYY

X /s/ Amy Perez
Signature of authorized representative of debtor

Title Founder / CEO

Amy Perez
Printed name

**18. Signature of attorney**

X /s/ R. Adam Swick
Signature of attorney for debtor

Date 4/29/2024
MM / DD / YYYY

R. Adam Swick
Printed name

Akerman LLP
Firm name

500 West 5th Street,
Suite 1210
Austin, TX 78701
Number, Street, City, State & ZIP Code

Contact phone (512) 623-6700      Email address adam.swick@akerman.com

24051794 TX
Bar number and State

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 5

4/26/24 5 36PM

# United States Bankruptcy Court
## Western District of Texas

In re    P3 Pure LLC                             Case No. _____

                                    Debtor(s)             Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    4/29/2024            *[signature]*

                                           Amy Perez/
                                           Signer/Title

Advantage Sales & Marketing Inc
PO Box 744482
Atlanta, GA 30374-4482

Alpacka Group LLC
178 Barnard Avenue
San Jose, CA 95118

Amazon Capital Services Inc
410 Terry Ave. N.
Seattle, WA 98109

American Express
PO Box 650448
Dallas, TX 75265

American Packaging Capital Inc.
1491 San Carlos Ave
Concord, CA 94518

Amy Perez
3215 Exposition Blvd., B-24
Austin, TX 78703

AOA Products LLC
3618 King Rd, Unit D
Toledo, OH 43617

Beehive Natural Sales LLC
5212 Delridge Way SW Unit B
Seattle, WA 98106

Belmark Inc.
PO Box 8814
Carol Stream, IL 60197-8814

Ciranda Inc
708 2nd Street
Hudson, WI 54016

CT Corporation System
1200 South Pine Island Rd.
Suite A
Fort Lauderdale, FL 33324

Danica Matulis DBA Marketing Stack LLC
24081 Gemwood Dr
Lake Forest, CA 92630


Eden Botanicals LLC
3820 Cypress Dr., #12
Petaluma, CA 94954


EPA Marketing
15970 115th Avenue North
Jupiter, FL 33478


Florida Dept of Revenue
Bankruptcy Unit
PO BOX 6668
TALLAHASSEE, FL 32314-6668


Garrison Minerals LLC
11901 W 48th Ave
Wheat Ridge, CO 80033


Gina Simmons
304 Midlothian Avenue
Tampa, FL 33617


Independent Bank
3090 Craig Drive
McKinney, TX 75070


Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


Ironclad Consulting Services
12916 Meridian Park Blvd
Austin, TX 78739


Isaac J. Brown
Wicks Phillips LLP
3131 McKinney Ave., Ste 500
Dallas, TX 75204

Janitor's Warehouse Inc
3910 Gattis School Rd.
Round Rock, TX 78664


Jedwards International
141 Campanelli Dr
Braintree, MA 02184


Montgomery Capital Partners III LP
Attn: Carlos A. Lacayo
2500 Dallas Parkway, Suite 533
Dallas, TX 75219


My Fishbowl Hosting
580 East Technology Ave
Park City, UT 84098


Newton Bookkeeping
779 Hometown Pkey
Kyle, TX 78640


Nicolas Gutierrez
5119 Chilkoot St
Tampa, FL 33617


Optimum
PO Box 70340
Philadelphia, PA 19176-0340


Plastek Industries Inc
dba The DISTRIBUPACK Co
2425 West 23rd Street
Erie, PA 16506


Quench USA Inc
3175 Bass Pro Dr.
Richardson, TX 75081


Regions Bank
PO Box 2224
Birmingham, AL 35246-3042


Shay and Company Inc
10639 SE Fuller Rd
Portland, OR 97222

```
Starwest Botanicals
161 Main Avenue
Sacramento, CA 95838


Sun Life Financial
PO Box 807009
Kansas City, MO 64184-7009


Synectics International Inc
48413 Colleyville Blvd., Ste 251-375
Colleyville, TX 76034


TCF National Bank
11100 Wayzata Blvd., Ste 801
Hopkins, MN 55305


Texas Comptroller of Public Accounts
Bankruptcy Section
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


Tforce Freight
PO Box 1216
Richmond, VA 23218-1216


The Data Council
18100 Von Karman Ave, Ste 1000
Irvine, CA 92612


The Lebermuth Company
4004 Technology Dr
Richmond, VA 23218-1216


The Wenmohs Group
4425 S MoPac Expy Bldg 3
Suite 504
Austin, TX 78735


Thrive Market Inc
5340 Alla Rd, Ste 105 B
Los Angeles, CA 90066
```

Toprint Printing (Shenzhen) Co Ltd
Rm 1702., Bldg 3
Tianjian Wisdom World, Huilongpu Cmty
Longcheng St, Longgang Dist
Shenzhen City, GD, CHINA 51817


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Uline Shipping Supply
PO Box 88741
Chicago, IL 60680-1741


United Health Care
PO Box 88106
Chicago, IL 60680-1106


United Natural Foods Inc
433 Oak Glen Rd
Howell, NJ 07731-8932


Univar Solutions
62190 Collections Center Dr
Chicago, IL 60693-0621


US Small Business Administration
COVID EIDL Servicing Center
14925 Kingsport Rd
Fort Worth, TX 76155-2240


Videojet Technologies Inc
1500 N Mittel Blvd.
Wood Dale, IL 60191-1073


William Sizemore
1510 N 17th St Unit 2B
Tampa, FL 33605