# P3 PURE, LLC

## Profit and Loss
January 2024

|  | TOTAL |
|---|---:|
| Income |  |
|   40000 Sales |  |
|     41000 Product Sales |  |
|       41025 Wholesale Product Sales | 20,007.54 |
|     **Total 41000 Product Sales** | **20,007.54** |
|     48000 eCommerce |  |
|       48025 eCommerce Refunds& Returns | -14.00 |
|     **Total 48000 eCommerce** | **-14.00** |
|     49100 Retail Sales |  |
|       49110 Walmart | 652.23 |
|     **Total 49100 Retail Sales** | **652.23** |
|   **Total 40000 Sales** | **20,645.77** |
| **Total Income** | **$20,645.77** |
| Cost of Goods Sold |  |
|   50005 Cost of Goods Manufactured |  |
|     51000 Direct Labor |  |
|       51005 Contract Labor | 15,390.00 |
|       51010 Employee Benefits | 61.65 |
|     **Total 51000 Direct Labor** | **15,451.65** |
|   **Total 50005 Cost of Goods Manufactured** | **15,451.65** |
| **Total Cost of Goods Sold** | **$15,451.65** |
| **GROSS PROFIT** | **$5,194.12** |
| Expenses |  |
|   62000 G&A Expenses |  |
|     62005 Admin Compensation |  |
|       62015 Employee Benefits - Health/Dis | -172.83 |
|     **Total 62005 Admin Compensation** | **-172.83** |
|     63010 Bank Charges | 20.79 |
|     63035 Dues and Subscriptions | 207.78 |
|     64070 Office Expense |  |
|       64085 Office Expense-Other | 172.80 |
|       64095 Supplies & Materials | 200.00 |
|     **Total 64070 Office Expense** | **372.80** |
|     64110 Professional Fees |  |
|       64115 Accounting Professional Fees | 3,927.50 |
|       64125 Legal Professional Fees | 935.00 |
|     **Total 64110 Professional Fees** | **4,862.50** |
|     64135 Taxes |  |
|       64140 Other Tax | 60.56 |
|     **Total 64135 Taxes** | **60.56** |

# P3 PURE, LLC

Profit and Loss

January 2024

|  | TOTAL |
|---|---:|
| 64155 Technology Expenses | |
|   64165 Software  License Expense | 5,380.46 |
| **Total 64155 Technology Expenses** | **5,380.46** |
| 64170 Travel Expense | |
|   64175 Airfare | 536.38 |
|   64180 Car Rental | 327.65 |
|   64185 Hotel & Lodging | 852.12 |
| **Total 64170 Travel Expense** | **1,716.15** |
| 68091 Storage and Warehousing | 182.00 |
| **Total 62000 G&A Expenses** | **12,630.21** |
| 66000 Marketing & Sales | |
|   66010 Advertising | |
|     66015 Amazon Advertising | 2,222.76 |
| **Total 66010 Advertising** | **2,222.76** |
|   66075 Contract Labor | 4,000.00 |
|   66100 Merchant Fees | |
|     66115 Merchant Fees - Wholesale | 363.85 |
| **Total 66100 Merchant Fees** | **363.85** |
|   66140 Software License- Sales and Marketing | 4,418.13 |
|   66145 Training & Education | 108.24 |
| **Total 66000 Marketing & Sales** | **11,112.98** |
| 68060 Support | |
|   68085 Contract Labor - Customer Support | 3,350.00 |
| **Total 68060 Support** | **3,350.00** |
| Uncategorized Expense | 423.86 |
| **Total Expenses** | **$27,517.05** |
| NET OPERATING INCOME | $ -22,322.93 |
| Other Income | |
|   Credit Card Rewards | 100.00 |
| **Total Other Income** | **$100.00** |
| Other Expenses | |
|   70015 Interest Expense | 848.78 |
| **Total Other Expenses** | **$848.78** |
| NET OTHER INCOME | $ -748.78 |
| NET INCOME | $ -23,071.71 |

# P3 PURE, LLC

## Profit and Loss
February 2024

|  | TOTAL |
|---|---:|
| Income | |
|   40000 Sales | |
|     41000 Product Sales | |
|       41025 Wholesale Product Sales | 358.66 |
| | 64,543.90 |
|     **Total 41000 Product Sales** | **64,902.56** |
|     48000 eCommerce | |
|       48025 eCommerce Refunds& Returns | -32.72 |
|     **Total 48000 eCommerce** | **-32.72** |
|     49100 Retail Sales | |
|       49110 Walmart | 255.78 |
|     **Total 49100 Retail Sales** | **255.78** |
|   **Total 40000 Sales** | **65,125.62** |
| **Total Income** | **$65,125.62** |
| Cost of Goods Sold | |
|   50005 Cost of Goods Manufactured | |
|     51000 Direct Labor | |
|       51005 Contract Labor | 4,500.00 |
|     **Total 51000 Direct Labor** | **4,500.00** |
|   **Total 50005 Cost of Goods Manufactured** | **4,500.00** |
| **Total Cost of Goods Sold** | **$4,500.00** |
| **GROSS PROFIT** | **$60,625.62** |
| Expenses | |
|   62000 G&A Expenses | |
|     62005 Admin Compensation | |
|       62015 Employee Benefits - Health/Dis | -104.75 |
|     **Total 62005 Admin Compensation** | **-104.75** |
|     63010 Bank Charges | 19.41 |
|     63035 Dues and Subscriptions | 140.72 |
|     64070 Office Expense | |
|       64095 Supplies & Materials | 100.00 |
|     **Total 64070 Office Expense** | **100.00** |
|     64110 Professional Fees | |
|       64115 Accounting Professional Fees | 300.00 |
|     **Total 64110 Professional Fees** | **300.00** |
|     64135 Taxes | |
|       64140 Other Tax | 1.37 |
|     **Total 64135 Taxes** | **1.37** |
|     64155 Technology Expenses | |
|       64165 Software License Expense | 883.39 |
|     **Total 64155 Technology Expenses** | **883.39** |

# P3 PURE, LLC

## Profit and Loss
February 2024

|  | TOTAL |
|---|---:|
| 64170 Travel Expense | |
|   64190 Meals | 64.58 |
|   64205 Taxi & Transportation Costs | 49.53 |
| **Total 64170 Travel Expense** | **114.11** |
| **Total 62000 G&A Expenses** | **1,454.25** |
| 66000 Marketing & Sales | |
|   66010 Advertising | |
|     66015 Amazon Advertising | 1,830.86 |
| **Total 66010 Advertising** | **1,830.86** |
|   66075 Contract Labor | 2,000.00 |
|   66100 Merchant Fees | |
|     66115 Merchant Fees - Wholesale | 278.92 |
| **Total 66100 Merchant Fees** | **278.92** |
|   66140 Software License- Sales and Marketing | 3,838.85 |
| **Total 66000 Marketing & Sales** | **7,948.63** |
| 67000 Payroll Expenses | |
|   67020 Wages | 7,564.94 |
| **Total 67000 Payroll Expenses** | **7,564.94** |
| 68000 Shipping & Handling | 6,567.16 |
| 68060 Support | |
|   68085 Contract Labor - Customer Support | 1,675.00 |
| **Total 68060 Support** | **1,675.00** |
| **Total Expenses** | **$25,209.98** |
| **NET OPERATING INCOME** | **$35,415.64** |
| Other Income | |
|   70005 Other Income/Expense | 275.00 |
|   Credit Card Rewards | 1,475.00 |
| **Total Other Income** | **$1,750.00** |
| Other Expenses | |
|   70015 Interest Expense | 2,081.39 |
| **Total Other Expenses** | **$2,081.39** |
| **NET OTHER INCOME** | **$ -331.39** |
| **NET INCOME** | **$35,084.25** |