**Fill in this information to identify the case:**

Debtor name __**P3 Pure LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**24-10532**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June  4, 2024**__    X __*/s/ Amy Perez*__
                                                    Signature of individual signing on behalf of debtor

                                                    **Amy Perez**
                                                    Printed name

                                                    **CEO and Founder**
                                                    Position or relationship to debtor

6/04/24  6:21PM

**Fill in this information to identify the case:**

Debtor name    **P3 Pure LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **24-10532**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $     **172,975.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $     **172,975.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,007,862.52**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **9,158.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **381,234.01**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $     **3,398,255.02**

**Fill in this information to identify the case:**

Debtor name  **P3 Pure LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **24-10532**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Independent Bank** | **Checking** | **7932** | $31,966.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.** | | | $31,966.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 43,836.00 | - | 0.00 | = .... | $43,836.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **P3 Pure LLC** | Case number *(If known)* **24-10532** |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$43,836.00

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** **Components** **Essential Oils** **Raw Materials** **Labels** | Unknown | $72,164.00 | Recent cost | $72,164.00 |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** **Finished Goods** | Unknown | $25,009.00 | Recent cost | $25,009.00 |
| | **Amazon Inventory** | Unknown | Unknown | Recent cost | Unknown |
| **22.** | **Other inventory or supplies** **Shipping Supplies** | Unknown | Unknown | Recent cost | Unknown |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$97,173.00

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **P3 Pure LLC** | Case number *(If known)* **24-10532** |
|---|---|---|
| | Name | |

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Logo** **Serial No. 88258515** **Registration No. 5820489** | Unknown | N/A | Unknown |
| | **PRETTY FRANK** **Serial No. 88455184** **Registration No. 6054887** | Unknown | N/A | Unknown |
| | **P3 PURE** **Serial No. 86882757** **Registration No. 5396954** | Unknown | N/A | Unknown |
| | **P3** **Serial No. 86854207** **Registration No. 5470076** | Unknown | N/A | Unknown |
| | **HAPPY PITS** **Serial No. 86372327** **Registration No. 4814480** | Unknown | N/A | Unknown |

---

6/04/24  6:21PM

| Debtor | **P3 Pure LLC** | | Case number *(If known)* **24-10532** |
|---|---|---|---|
| | Name | | |

**MOOD MIST**
Serial No. 86372292
Registration No. 4819475 | | Unknown | N/A | Unknown

**TOUGH TEETH**
Serial No. 86372160
Registration No. 4814479 | | Unknown | N/A | Unknown

**PRIMAL PIT PASTE**
Serial No. 86320024
Registration No. 4806594 | | Unknown | N/A | Unknown

**PIT PUMP**
Serial No. 86256481
Registration No. 4765688 | | Unknown | N/A | Unknown

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

                                  **$0.00**

  Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ☑ No
  ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☑ No
  ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ☑ Yes Fill in the information below.

                            **Current value of debtor's interest**

71.     **Notes receivable**
  Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

| Debtor | **P3 Pure LLC** | Case number *(If known)* | **24-10532** |
| --- | --- | --- | --- |
| | Name | | |

| | |
| --- | --- |
| **Great American Alliance Insurance Company**<br>**Commercial General Liability**<br>**Policy No. PLF041359-HSCG034938**<br>**Policy Period: 02/16/2024-02/16/2025** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | |
    | --- |
    | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **P3 Pure LLC** | Case number *(If known)* **24-10532** |
|---|---|---|
| | Name | |

<div style="background:black;color:white;display:inline">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,966.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $43,836.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $97,173.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $172,975.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $172,975.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **P3 Pure LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **24-10532** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1  Montgomery Capital Partners III LP
Creditor's Name

**Attn: Carlos A. Lacayo**
**2500 Dallas Parkway, Suite 533**
**Dallas, TX 75219**
Creditor's mailing address

**carlos.lacayo@mca-texas.com**
Creditor's email address, if known

**Date debt was incurred**
**1/30/2024**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Amount of claim:** $961,131.02
**Value of collateral:** Unknown

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

### 2.2  U.S. Small Business Administration
Creditor's Name

**1545 Hawkins Blvd., Suite 202**
**El Paso, TX 79925**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Amount of claim:** $2,046,731.50
**Value of collateral:** $0.00

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
| --- | --- | --- | --- |
| | Name | | |

**8203**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$3,007,862.52**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Isaac J. Brown** **Wicks Phillips LLP** **3131 McKinney Ave., Ste 500** **Dallas, TX 75204** | Line  **2.1** | |
| **US Small Business Administration** **COVID EIDL Servicing Center** **14925 Kingsport Rd** **Fort Worth, TX 76155-2240** | Line  **2.2** | **8203** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **P3 Pure LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **24-10532**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**Bankruptcy Unit**<br>**PO BOX 6668**<br>**TALLAHASSEE, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Bankruptcy Section**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,158.49** | **$9,158.49** |
|---|---|---|---|---|

**Travis County Tax Office**
**PO Box 149328**
**Austin, TX 78714-9328**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023 Property Property Commercial Primal Pit Paste**

Last 4 digits of account number **0000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advantage Sales & Marketing Inc**
**PO Box 744482**
**Atlanta, GA 30374-4482**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alpacka Group LLC**
**178 Barnard Avenue**
**San Jose, CA 95118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,244.62** |
|---|---|---|---|

**Amazon Capital Services**
**410 Terry Ave. N.**
**Seattle, WA 98109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Express**
PO Box 650448
**Dallas, TX 75265**

Date(s) debt was incurred _
Last 4 digits of account number  **3007**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Other - Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amy Perez**
**4424 Jackson Ave #539**
**Austin, TX 78731**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,665.21**

**AOA Products LLC**
**3618 King Rd, Unit D**
**Toledo, OH 43617**

Date(s) debt was incurred  **12/1/2023 - 4/1/2024**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00**

**Beehive Natural Sales LLC**
**5212 Delridge Way SW Unit B**
**Seattle, WA 98106**

Date(s) debt was incurred  **10/25/2023, 10/30/2023**
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Belmark Inc.**
**PO Box 8814**
**Carol Stream, IL 60197-8814**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ciranda Inc**
**708 2nd Street**
**Hudson, WI 54016**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$953.30**

**Container & Packaging Supply**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**
**CT Corporation System**
**1200 South Pine Island Rd.**
**Suite A**
**Fort Lauderdale, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**Danica Matulis DBA Marketing Stack LLC**
**24081 Gemwood Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred __4/23/2024__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Eden Botanicals LLC**
**3820 Cypress Dr., #12**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$748.25**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**EPA Marketing**
**15970 115th Avenue North**
**Jupiter, FL 33478**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$5,311.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Garrison Minerals LLC**
**11901 W 48th Ave**
**Wheat Ridge, CO 80033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$1,668.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Genius Central**
**DEPT CH 19799**
**Palatine, IL 60055-9799**

Date(s) debt was
incurred __10/2021, 12/1/2021, 1/1/2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$363.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Gina Simmons**
**304 Midlothian Avenue**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,570.25**

---

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address

**Independent Bank**
**3090 Craig Drive**
**McKinney, TX 75070**

Date(s) debt was incurred

Last 4 digits of account number  **5306**

As of the petition filing date, the claim is: *Check all that apply.*  **$39,751.49**

��☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Other - Credit Card**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Ironclad Consulting Services**
**12916 Meridian Park Blvd**
**Austin, TX 78739**

Date(s) debt was incurred  **1/31/2024, 2/15/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$4,469.75**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Janitor's Warehouse Inc**
**3910 Gattis School Rd.**
**Round Rock, TX 78664**

Date(s) debt was incurred  **6/30/2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$408.29**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Jedwards International**
**141 Campanelli Dr**
**Braintree, MA 02184**

Date(s) debt was incurred  **3/29/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$2,264.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**My Fishbowl Hosting**
**580 East Technology Ave**
**Park City, UT 84098**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Nicolas Gutierrez**
**5119 Chilkoot St**
**Tampa, FL 33617**

Date(s) debt was incurred  **4/13/2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$630.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Optimum**
**PO Box 70340**
**Philadelphia, PA 19176-0340**

Date(s) debt was incurred  **5/15/2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$210.74**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Plastek Industries Inc**
**dba The DISTRIBUPACK Co**
**2425 West 23rd Street**
**Erie, PA 16506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Quench USA Inc**
**3175 Bass Pro Dr.**
**Richardson, TX 75081**

Date(s) debt was incurred  **6/1/2023, 7/1/2023,**
**9/1/2023-1/1/2024, 4/1/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$715.62**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Regions Bank**
**PO Box 2224**
**Birmingham, AL 35246-3042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Other - Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,762.71**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Shay and Company Inc**
**10639 SE Fuller Rd**
**Portland, OR 97222**

Date(s) debt was incurred  **1/1/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$636.25**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Starwest Botanicals**
**161 Main Avenue**
**Sacramento, CA 95838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Sun Life Financial**
**PO Box 807009**
**Kansas City, MO 64184-7009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Synectics International Inc**
**48413 Colleyville Blvd., Ste 251-375**
**Colleyville, TX 76034**

Date(s) debt was incurred  **3/4/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,500.00**

---

| Debtor | **P3 Pure LLC** | | Case number (*if known*) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $387.86 |
|---|---|---|---|
| | **Tforce Freight**<br>**PO Box 1216**<br>**Richmond, VA 23218-1216** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/1/2021** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.00 |
|---|---|---|---|
| | **The Data Council**<br>**18100 Von Karman Ave, Ste 1000**<br>**Irvine, CA 92612** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/23/2024** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.43 |
|---|---|---|---|
| | **The Lebermuth Company**<br>**4004 Technology Dr**<br>**Richmond, VA 23218-1216** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/25/2024** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,300.00 |
|---|---|---|---|
| | **The Wenmohs Group**<br>**4425 S MoPac Expy Bldg 3**<br>**Suite 504**<br>**Austin, TX 78735** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/1/2023** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.25 |
|---|---|---|---|
| | **Thrive Market Inc**<br>**5340 Alla Rd, Ste 105 B**<br>**Los Angeles, CA 90066** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/12/2021, 12/16/2021,**<br>**1/20/2022, 2/22/2022** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Toprint Printing (Shenzhen) Co Ltd**<br>**Rm 1702., Bldg 3**<br>**Tianjian Wisdom World, Huilongpu Cmty**<br>**Longcheng St, Longgang Dist**<br>**Shenzhen City, GD, CHINA   51817** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Supplier** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,692.50 |
|---|---|---|---|
| | **Uline Shipping Supply**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/2023** | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.40** |
|---|---|---|---|

**UNFI Audit**
**One Bridgestone Parkway, Ste 100**
**Nashville, TN 37214**

Date(s) debt was incurred  **10/11/2022**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,161.33** |
|---|---|---|---|

**UNFI Shared Services**
**1 Albion Road**
**Lincoln, RI 02865**

Date(s) debt was incurred  **6/2023**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,427.74** |
|---|---|---|---|

**United Health Care**
**PO Box 88106**
**Chicago, IL 60680-1106**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **4658**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,846.25** |
|---|---|---|---|

**United Natural Foods Inc**
**433 Oak Glen Rd**
**Howell, NJ 07731-8932**

Date(s) debt was incurred  **2/23/2023**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,298.30** |
|---|---|---|---|

**Univar Solutions**
**62190 Collections Center Dr**
**Chicago, IL 60693-0621**

Date(s) debt was incurred  **4/2023**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,641.47** |
|---|---|---|---|

**Videojet Technologies Inc**
**1500 N Mittel Blvd.**
**Wood Dale, IL 60191-1073**

Date(s) debt was incurred  **8/1/2021**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.00** |
|---|---|---|---|

**William Sizemore**
**1510 N 17th St Unit 2B**
**Tampa, FL 33605**

Date(s) debt was incurred  **4/14/2024, 4/21/2021**

Last 4 digits of account number  **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 9,158.49 |
| **5b. Total claims from Part 2** | 5b. + | $ | 381,234.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 390,392.50 |

6/04/24  6:21PM

**Fill in this information to identify the case:**

Debtor name **P3 Pure LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **24-10532**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **General Contract for Services** | |
| State the term remaining | **AOA Products LLC** |
| List the contract number of any government contract | **3618 King Rd, Unit D** **Toledo, OH 43617** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Marketing Management Agreement** | |
| State the term remaining | **Danica Matulis DBA Marketing Stack LLC** |
| List the contract number of any government contract | **24081 Gemwood Dr** **Lake Forest, CA 92630** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
| State the term remaining | **EPA Marketing** |
| List the contract number of any government contract | **15970 115th Avenue North** **Jupiter, FL 33478** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Management Services Agreement** | |
| State the term remaining — **Month to Month** | **Gina Simmons** |
| List the contract number of any government contract | **304 Midlothian Avenue** **Tampa, FL 33617** |

| Debtor 1 | **P3 Pure LLC** | | | Case number *(if known)* | **24-10532** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Nicolas Gutierrez** |
| | List the contract number of any government contract | | **5119 Chilkoot St**<br>**Tampa, FL 33617** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Management Srevices Agreement** | |
|---|---|---|---|
| | State the term remaining | | **William Sizemore** |
| | List the contract number of any government contract | | **1510 N 17th St Unit 2B**<br>**Tampa, FL 33605** |

6/04/24 6:21PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **P3 Pure LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **24-10532** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amy Perez** | **4424 Jackson Ave. #539**<br>**Austin, TX 78731** | **U.S. Small Business Administration** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name **P3 Pure LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **24-10532**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$319,011.24** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,145,644.68** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1. **Amazon Capital Services**<br>**410 Terry Ave. N.**<br>**Seattle, WA 98109** | **3/6/24**<br>**$15,084.14**<br>**5/6/24**<br>**$455.47** | **$15,539.61** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **P3 Pure LLC** | | Case number *(if known)* **24-10532** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Regions Bank** **PO Box 2224** **Birmingham, AL 35246-3042** | **3/8/24** **$4,000.00** **3/25/24** **$3,000.00** **4/5/24** **$2,000.00** **5/3/24** **$4,500.00** | **$13,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Credit Card Payment** |
| 3.3. **Cardmember Service** | **3/8/24** **$2,100.00** **3/25/24** **$1,000.00** **3/27/24** **$4,000.00** **4/5/24** **$3,000.00** **4/5/24** **$2,000.00** **5/3/24** **$1,750.00** **4/5/24** **$3,000.00** **5/3/24** **$1,750.00** | **$13,850.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Credit Card Payment** |
| 3.4. **AOA Products LLC** **3618 King Rd, Unit D** **Toledo, OH 43617** | **02/16/24** **$2,613.98** **03/04/24** **$1,261.08** **03/08/24** **$3,218.23** **03/18/24** **$4,979.76** **03/25/24** **$6,353.57** **04/05/24** **$5,140.65** **04/12/24** **$5,140.65** **04/19/24** **$12,966.64** | **$41,674.56** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Danica Matulis DBA Marketing Stack LLC** **24081 Gemwood Dr** **Lake Forest, CA 92630** | **02/16/24** **$2,000.00** **03/18/24** **$2,000.00** **04/02/24** **$2,000.00** **04/17/24** **$2,000.00** **05/03/24** **$2,000.00** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.6. **EPA Marketing** **15970 115th Avenue North** **Jupiter, FL 33478** | **03/08/24** **$3,726.20** **04/12/24** **$5,152.36** | **$8,878.56** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

| Debtor | **P3 Pure LLC** | | Case number *(if known)* **24-10532** |
|--------|-----------------|---|------------------------------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|-----------------------------|-------|----------------------|-------------------------------------------------------|
| 3.7. **Gina Simmons**<br>**304 Midlothian Avenue**<br>**Tampa, FL 33617** | **02/16/24**<br>**$1,670.25**<br>**03/14/24**<br>**$1,670.25**<br>**03/18/24**<br>**$1,670.25**<br>**04/02/24**<br>**$1,670.25**<br>**04/12/24**<br>**$1,670.25**<br>**05/03/24**<br>**$1,670.25** | **$9,821.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Jedwards International**<br>**141 Campanelli Dr**<br>**Braintree, MA 02184** | **03/08/24**<br>**$1,528.84**<br>**04/05/24**<br>**$5,798.00**<br>**04/12/24**<br>**$5,798.00**<br>**05/02/24**<br>**$2,264.00** | **$15,388.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|------------------------------------------------------|-------|----------------------|--------------------------------|
| 4.1. **Amy Perez**<br>**3215 Exposition Blvd., B-24**<br>**Austin, TX 78703**<br>**Founder / Chief Executive Officer** | **May 13, 2023 - May 13, 2024** | **$90,780.00** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|----------------------------------------|----------------------|--------|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

6/04/24 6:21PM

| Debtor | **P3 Pure LLC** | Case number *(if known)* | **24-10532** |
|---|---|---|---|

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**PO Box 4906**<br>**Orlando, FL 32802** | | **04/25/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

6/04/24 6:21PM

| Debtor | **P3 Pure LLC** | Case number *(if known)* **24-10532** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Harney Partners**<br>**8911 N Capital of Texas Hwy,**<br>**Suite 2120**<br>**Austin, TX 78759** | | **05/10/2024** | **$10,000.00** |
| | Email or website address<br>**bpatterson@harneypartners.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3215 Exposition Blvd. #B-24**<br>**Austin, TX 78703** | **2020-2023** |

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

| Debtor | P3 Pure LLC | Case number *(if known)* 24-10532 |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Advantage Storage - Austin 6500 Ranch Road 2222 Austin, TX 78730 | Amy Perez, 4424 Jackson Ave., Apt 539, Austin, TX 78731 | Office documents; (2) old depreciated melters. | ☐ No ☑ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **P3 Pure LLC** | Case number *(if known)* | **24-10532** |

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. **Newton Bookkeeping**
**779 Hometown Pkwy**
**Kyle, TX 78640** | **2014 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1. **Ironclad Consulting Services**
**12916 Meridian Park Blvd**
**Austin, TX 78739** | |

| Debtor | **P3 Pure LLC** | Case number *(if known)* | **24-10532** |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Newton Bookkeeping**<br>**779 Hometown Pkwy**<br>**Kyle, TX 78640** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amy Perez** | **4424 Jackson Ave #539**<br>**Austin, TX 78731** | **President** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. **Amy Perez**<br>**4424 Jackson Ave #539**<br>**Austin, TX 78731** | **90,780.00** | **May 13, 2023 - May 13, 2024** | **Compensation** |
| **Relationship to debtor**<br>**Founder / Chief Executive Officer** | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | **P3 Pure LLC** | Case number *(if known)* | **24-10532** |

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2024**

**/s/ Amy Perez**                                          **Amy Perez**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO and Founder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes