

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 12, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11, Subchapter V |
| | § | |
| P3 PURE LLC, | § | Case No. 24-10532 |
| | § | |
| Debtor. | § | |

### SECOND INTERIM ORDER AUTHORIZING DEBTOR TO USE
### CASH COLLATERAL ON EMERGENCY BASIS

The Court, having reviewed the pleading finds that a need exists to order the relief herein on an interim basis and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize the interim use of cash collateral. Use of cash collateral is the only means available to the Debtor to finance its operation and that irreparable harm will result if Debtor is not permitted to use the cash collateral in the amounts set forth in the budget on an interim basis as authorized in this Order. It is accordingly,

ORDERED that the Debtor be authorized to use the cash collateral, including but not limited to, revenue collected in the ordinary course of business, through June 15, 2024 in

76363488;2
76669269;2

accordance with the provisions in the budget (See Exhibit "A"), for any budgeted item that is due and payable before June 1, 2024. Debtor is authorized a 5% deviation from the Budget without further order of this Court, and it is

FURTHER ORDERED that as adequate protection for the use of cash collateral, Montgomery Capital Partners III, LP ("MCA") is hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same extent and priority they possessed as of the Petition Date, it is

FURTHER ORDERED the holders of allowed secured claims with a perfected security interest in Cash Collateral, if any, as that term is defined in the Code, shall be entitled to a replacement lien in post-petition accounts receivable, contract rights, and deposit accounts to the same extent allowed and in the same priority as those interests held as of the Petition Date, it is

FURTHER ORDERED that notwithstanding any limitations included in this Order, this Order is without prejudice to: (a) any subsequent request by a creditor of the Debtor for modified adequate protection or restriction on cash collateral; (b) a creditor's right to object to impermissible use of cash collateral; and (c) any other right or remedy which may be available to a creditor of the Debtor. It is

FURTHER ORDERED that the Replacement Liens will not attach to Chapter 5 actions of the Debtor or the proceeds of the recovery upon such actions; it is

FURTHER ORDERED that nothing in this Order shall in any way constitute: (a) a finding of complete adequate protection of the interests of any creditor of Debtor or the lack thereof; (b) an agreement, consent, or acquiescence to the terms of any plan of reorganization by virtue of any term or provision of this order; (c) a preclusion or waiver to assert any other rights, remedies, or defenses available to any creditor of the Debtor to respond to any motion, application, proposal,

or other action, all such rights, remedies, defenses, and opportunities to respond being specifically reserved by the Debtor's creditors; or (d) a preclusion, waiver, or modification of any rights or remedies that the Debtor's creditors have under applicable law. Nothing herein contained shall prejudice the right of the Debtor's creditors to seek modification, extension, or termination of this Order. it is

FURTHER ORDERED that the Debtor provide its counsel with a list of active and functional administrator account usernames and passwords for Debtor's Amazon, Shopify, AOA, and PayPal accounts, which Debtor's counsel will turnover to MCA's counsel upon a termination of the automatic stay; it is

FURTHER ORDERED that, on an interim basis, the Debtor stipulates that MCA has a secured claim (the "MCA Claim") in an amount not less than $980,489.68; it is

FURTHER ORDERED that, on the interim basis, Debtor stipulates to the perfection and enforceability of the MCA Claim against the collateral described in the Debtor's security agreement with MCA, the Debtor's cash collateral, and all of the Debtor's assets to which the Replacement Liens attach; it is

FURTHER ORDERED that any interested party may challenge the amount, validity, and priority of MCA's Claim by August 5, 2024.

FURTHER ORDERED that MCA's liens, claims and security interests in the cash collateral, shall, in each instance, be payable only after the payment of the following:

(a)     All reasonable fees and expenses up to $20,000 incurred by a trustee appointed under chapter 7 of the Bankruptcy Code or any subchapter V trustee appointed under chapter 11 of the Bankruptcy Code;

(b) Statutory fees payable to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) plus interest at the statutory rate;

(c) fees payable to the Clerk of this Court; and

(d) professional fees not to exceed $6,500 per week; it is

FURTHER ORDERED that the collateral securing the MCA Claim shall not be subject to surcharging, any equities of the case doctrines, the equitable doctrine of 'marshaling' or any other similar doctrine with respect to any of the cash collateral; it is

FURTHER ORDERED that, on an interim basis, as a condition to MCA's consent to the use of cash collateral, the Debtor agrees to use best efforts to initiate a sale process, financing documents, or a plan within 30 days of the entry of a final cash collateral order; it is

FURTHER ORDERED that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is

FURTHER ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, enforcement and/or interpretation of this Order; and it is

FURTHER ORDERED that a final hearing will be held on June 21, 2024 at 2:00 p.m., for Debtor's order authorizing use of cash collateral, at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245.

### END OF ORDER ###


Order submitted by:

AKERMAN LLP

 /s/ R. Adam Swick
R. Adam Swick, SBN: 24051794
500 West 5th Street, Suite 1210
Austin, Texas 78701
Telephone: (737) 999-7103
Facsimile: (512) 623-6701
adam.swick@akerman.com

*PROPOSED* ATTORNEYS P3 PURE LLC

| Pretty Frank - Cash Flow Forecast | 1 | 2 | 1+2 | 1+2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| week ended: | 5/14-5/18 | 25-May | 5/14-25/24 | 5/14-25/24 | 1-Jun | 8-Jun | 15-Jun | 22-Jun | 29-Jun | 6-Jul | 13-Jul | 20-Jul | 27-Jul | 3-Aug | 10-Aug | 17-Aug | 24-Aug | 31-Aug | 7-Sep |
| **Beginning Cash Balance** | **$30,520** | **$36,773** | **$30,520** | **$31,966** | **$39,011** | **$20,548** | **$21,506** | **$9,271** | **$12,666** | **$10,788** | **$1,312** | **$22,577** | **$20,722** | **$43,844** | **$34,368** | **$50,633** | **$54,028** | **$77,150** | **$71,238** |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | | | |
| _Ecommerce_ | | | | | | | | | | | | | | | | | | | |
| Shopify | $8,000 | $8,000 | $16,000 | $15,651 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 |
| PayPal | | | | | | | | | | | | | | | | | | | |
| Walmart | | | | | | | | | | | | | | | | | | | |
| Amazon | | | | | | | | | | | $20,000 | | $20,000 | | $20,000 | | $20,000 | | $20,000 |
| _Distributior / Retail / Wholesale_ | | | | | | | | | | | | | | | | | | | |
| Lotus Light | | | | | | $25,899 | | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 |
| Wholesale General | $250 | $250 | $500 | $0 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| **TOTAL CASH RECEIPTS** | **$8,250** | **$8,250** | **$16,500** | **$15,651** | **$8,250** | **$34,149** | **$8,250** | **$16,750** | **$16,750** | **$16,750** | **$36,750** | **$16,750** | **$36,750** | **$16,750** | **$36,750** | **$16,750** | **$36,750** | **$16,750** | **$36,750** |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | |
| **Owner Compensation & Insurance** | $0 | $2,100 | $2,100 | $0 | $9,665 | $0 | $2,100 | $0 | $0 | $7,565 | $2,100 | $0 | $0 | $7,565 | $2,100 | $0 | $0 | $0 | $7,565 |
| Amy Perez | | | | | $7,565 | | | | | $7,565 | | | | $7,565 | | | | | $7,565 |
| United Health Care | | $1,900 | $1,900 | | $1,900 | | $1,900 | | | | $1,900 | | | $1,900 | | | | | |
| Sun Life Financial | | $200 | $200 | | $200 | | $200 | | | | $200 | | | $200 | | | | | |
| **Consulting Services** | $0 | $5,070 | $5,070 | $0 | $4,360 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 |
| Nicolas Gutierrez | | $1,250 | $1,250 | | $560 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 |
| Danica Matulis- Marketing Stack LLC | | $1,000 | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 |
| Gina Simmons | | $1,570 | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 |
| William Sizemore | | $1,250 | $1,250 | | $480 | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | |
| Kate Newton | | | $0 | | $750 | | | | | | | | | | | | | | |
| **eCommerce & Mkt** | $0 | $5,311 | $5,311 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 |
| Google | | | | | | | | | | | | | | | | | | | |
| EPA Marketing LLC | | $5,311 | $5,311 | $0 | | $5,000 | | | $5,000 | | | $5,000 | | | $5,000 | | | $5,000 | |
| **Supplier** | $0 | $6,790 | $6,790 | $5,000 | $10,375 | $9,715 | $9,530 | $9,715 | $9,530 | $9,715 | $9,530 | $9,715 | $9,530 | $9,715 | $9,530 | $9,715 | $9,530 | $9,715 | $9,530 |
| AOA Products, LLC | | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| Balpack, Inc. | | | | | | | | | | | | | | | | | | | |
| Bayville Chemical | | | | | | | | | | | | | | | | | | | |
| Belmark, Inc. | | | | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Brenntag Southwest, Inc. | | | | | | | | | | | | | | | | | | | |
| Carillon Green | | | | | | | | | | | | | | | | | | | |
| Ciranda Inc. | | | | | | | | | | | | | | | | | | | |
| Container & Packaging Supply | | $25 | $25 | $0 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 |
| Custom Paper Tubes | | | | | | | | | | | | | | | | | | | |
| Distribupack | | $1,580 | $1,580 | $0 | $4,740 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 |
| Eden Botanicals | | | | | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Garrison Minerals, LLC | | | | | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| Integrity Ingredients Corporation | | | | | | | | | | | | | | | | | | | |
| Intrapac Canada Corporation | | | | | | | | | | | | | | | | | | | |
| Jedwards International | | | | | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 |
| Starwest Botanicals | | $185 | $185 | $0 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | $185 | |
| The Lebermuth Company | | | | | | | | | | | | | | | | | | | |
| Toprint Printing (Shenzhen) Co.Ltd. | | | | | | | | | | | | | | | | | | | |
| Univar Solutions | | | | | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 |
| Misc Supplier - fulfill raw materials | | | | | | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Recurring Subscriptions** | $1,337 | $0 | $1,337 | $1,162 | $560 | $4,306 | $144 | $0 | $388 | $4,306 | $144 | $0 | $388 | $4,306 | $144 | $0 | $388 | $4,306 | $144 |
| Helium | | | | | $89 | | | | $89 | | | | $89 | | | | $89 | | |
| Intuit | | | | | | $298 | | | | $298 | | | | $298 | | | | $298 | |
| Gorgias | | | | | | $96 | | | | $96 | | | | $96 | | | | $96 | |
| TaxJar | | | | | | $782 | | | | $782 | | | | $782 | | | | $782 | |
| Authorize.net | | | | | | $25 | | | | $25 | | | | $25 | | | | $25 | |
| Bill.com | | | | | | | $144 | | | | $144 | | | | $144 | | | | $144 |
| Shopify | | | | | | $2,759 | | | | $2,759 | | | | $2,759 | | | | $2,759 | |
| Box Inc | | | | | | $141 | | | | $141 | | | | $141 | | | | $141 | |
| Microsoft | | | | | | $184 | | | | $184 | | | | $184 | | | | $184 | |
| Appriver | $172 | | $172 | $0 | $172 | | | | | | | | | | | | | | |
| Klaviyo | $1,165 | | $1,165 | $1,162 | | | | | | | | | | | | | | | |
| Fishbowl | | | | | $299 | | | | $299 | | | | $299 | | | | $299 | | |
| GoDaddy | | | | | | $22 | | | | $22 | | | | $22 | | | | $22 | |
| **Misc** | $660 | $1,660 | $2,320 | $2,444 | $1,752 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 |
| Other vendors | | $1,000 | $1,000 | $0 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| American Packaging Capital Inc. | | | | $1,337 | | | | | | | | | | | | | | | |
| Travis County Tax Office | | | | | | | | | | | | | | | | | | | |
| Sales Tax Payments | $660 | $660 | $1,320 | $1,107 | $1,252 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 |
| **Critical Vendor Payments** | | | | | $0 | $9,030 | $5,000 | $0 | | | | | | | | | | | |
| Independent Contractors | | | | | | $4,030 | | | | | | | | | | | | | |
| Suppliers | | | | | | $5,000 | $5,000 | | | | | | | | | | | | |
| **Professional Fees** | $0 | $0 | $0 | $0 | $0 | $1,500 | $0 | $0 | $1,000 | $0 | $250 | $0 | $1,000 | $0 | $0 | $0 | $0 | $0 | $76,250 |
| US Trustee Payments | | | | | | | | | | | $250 | | | | | | | | $250 |
| sub V Trustee fees | | | | | | $1,500 | | | $1,000 | | | | $1,000 | | | | | | $1,000 |
| Akerman | | | | | | | | | | | | | | | | | | | $50,000 |
| Harney Partners | | | | | | | | | | | | | | | | | | | $25,000 |
| **TOTAL CASH DISBURSEMENTS** | **$1,997** | **$20,931** | **$22,928** | **$8,606** | **$26,712** | **$33,191** | **$20,485** | **$13,355** | **$18,628** | **$26,226** | **$15,485** | **$18,605** | **$13,628** | **$26,226** | **$20,485** | **$13,355** | **$13,628** | **$22,661** | **$97,200** |
| **ENDING CASH BALANCE** | **$36,773** | **$24,092** | **$24,092** | **$39,011** | **$20,548** | **$21,506** | **$9,271** | **$12,666** | **$10,788** | **$1,312** | **$22,577** | **$20,722** | **$43,844** | **$34,368** | **$50,633** | **$54,028** | **$77,150** | **$71,238** | **$10,789** |

note: the Forecast for Week Ended 6/1/24 disbursements highlighted in Orange are delayed payments from the 2 weeks from 5/14-25/24.
The American Capital Cash Disb of $1,337 was debited from account in error. Attempting to reverse charge.

Critical Vendor Payments to Independent Contractors (work performed pre-petition): Subject to Court approval to authorize but not required to pay these amounts.
Critical Vendor Payments to P3 Suppliers: Subject to Court approval to authorize but not required to pay these amounts.