**Fill in this information to identify the case:**

Debtor Name  P3 Pure LLC

United States Bankruptcy Court for the: Western District of Texas

Case number:  24-10532-smr

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month:  May 2024

Date report filed:  06/20/2024
MM / DD / YYYY

Line of business: _____

NAISC code:  325620

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Amy Perez

Original signature of responsible party  *Amy Perez* FC72A4EC979548A...

Printed name of responsible party  Amy Perez

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name    P3 Pure LLC

Case number    24-10532-smr

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 31,966.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 28,568.37

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 16,265.70

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 12,302.67

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 44,268.67

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 3,085.20

Debtor Name  P3 Pure LLC _____

Case number  24-10532-smr _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _____26,524.00_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                         _____1_____

27. What is the number of employees as of the date of this monthly report?             _____1_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____

30. How much have you paid this month in other professional fees?                       $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?          $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ _____

36. Total projected cash disbursements for the next month:                    − $ _____

37. Total projected net cash flow for the next month:                          = $ _____

Debtor Name __P3 Pure LLC_____     Case number __24-10532-smr_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**P3 Pure, LLC**
**Cash Received - Period from May 13-31, 2024**
**EXHIBIT C**

| Account Number | Post Date | Check | Description | Amount |
|---|---|---|---|---|
| XXXXXX7232 | 05/13/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/13 ID #- ST-Z4L3J3K1B3Q1 P3 PURE | $ 499.02 |
| XXXXXX7232 | 05/14/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/14 ID #- ST-G0C9U0H4K2K2 P3 PURE | $ 4,386.92 |
| XXXXXX7232 | 05/14/2024 | | ACH Credit TRANSFER  PAYPAL PAYPALSD11       24/05/14 | $ 2,152.96 |
| XXXXXX7232 | 05/14/2024 | | ACH Credit MERCH DEP  MERCHANT SERVICE 1841010148  24/05/14 ID #- 8028037763 PRIMAL PRODUCT | $ 80.40 |
| XXXXXX7232 | 05/14/2024 | | ACH Credit PAYMENTS  Klarna Inc 9568197001  24/05/14 ID #- RTE-1531165 P3 Pure LLC | $ 20.83 |
| XXXXXX7232 | 05/15/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/15 ID #- ST-C8T0M2D3N4G6 P3 PURE | $ 577.80 |
| XXXXXX7232 | 05/16/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/16 ID #- ST-F4C3V8K3W3B3 P3 PURE | $ 623.69 |
| XXXXXX7232 | 05/17/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/17 ID #- ST-Y2E0E6B5W4M7 P3 PURE | $ 699.00 |
| XXXXXX7232 | 05/20/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/20 ID #- ST-D9R7S0M7S8B0 P3 PURE | $ 784.95 |
| XXXXXX7232 | 05/20/2024 | | ACH Credit PAYMENTS  Klarna Inc 9568197001  24/05/20 ID #- RTE-1537130 P3 Pure LLC | $ 34.49 |
| XXXXXX7232 | 05/20/2024 | | ACH Credit PAYMENTS  Klarna Inc 9568197001  24/05/20 ID #- RTE-1540308 P3 Pure LLC | $ 33.44 |
| XXXXXX7232 | 05/21/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/21 ID #- ST-P8X4L1B6Z4G9 P3 PURE | $ 2,216.80 |
| XXXXXX7232 | 05/21/2024 | | ACH Credit TRANSFER  PAYPAL PAYPALSD11       24/05/21 | $ 858.91 |
| XXXXXX7232 | 05/22/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/22 ID #- ST-F1X2M4F8Y0V7 P3 PURE | $ 969.96 |
| XXXXXX7232 | 05/22/2024 | | ACH Credit TRANSFER  WALMART INC. HYPRWLT001  24/05/22 ID #- AUTOCASHOUT P3 PURE LLC | $ 158.47 |
| XXXXXX7232 | 05/22/2024 | | ACH Credit ORDER      FAIRE WHOLESALE 9997865003  24/05/22 ID #- pay_xhcypekjyk Pretty Frank | $ 149.68 |
| XXXXXX7232 | 05/23/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/23 ID #- ST-B5W2Q1D4B3S9 P3 PURE | $ 573.41 |
| XXXXXX7232 | 05/24/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/24 ID #- ST-B1S8T6G2S8Q3 P3 PURE | $ 830.08 |
| XXXXXX7232 | 05/28/2024 | | ACH Credit TRANSFER  PAYPAL PAYPALSD11       24/05/28 | $ 1,091.06 |
| XXXXXX7232 | 05/28/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/28 ID #- ST-A2H4G4I2L2J3 P3 PURE | $ 1,087.16 |
| XXXXXX7232 | 05/29/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/29 ID #- ST-H2C2I4K6F8H0 P3 PURE | $ 6,567.28 |
| XXXXXX7232 | 05/29/2024 | | ACH Credit PAYMENTS  Klarna Inc 9568197001  24/05/29 ID #- RTE-1547929 P3 Pure LLC | $ 16.59 |
| XXXXXX7232 | 05/30/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/30 ID #- ST-O9P1M4W2W3H2 P3 PURE | $ 2,875.99 |
| XXXXXX7232 | 05/31/2024 | | ACH Credit TRANSFER  shopify 1800948598  24/05/31 ID #- ST-S8U0P0H2X6X2 P3 PURE | $ 1,189.53 |
| XXXXXX7232 | 05/31/2024 | | ACH Credit ORDER      FAIRE WHOLESALE 9997865003  24/05/31 ID #- pay_z6d77uzr4q Pretty Frank | $ 89.95 |
| | | | | $ 28,568.37 |

EXHIBIT C

**P3 Pure, LLC**
**Cash Received - Period from May 13-31, 2024**
**EXHIBIT D**

| Account Numb | Post Date | Check | Payee | Purpose | Debit |
|---|---|---|---|---|---|
| XXXXXX7232 | 05/13/2024 | | American Capital | lease (IN PROCESS OF RECLAIMING) | $ 1,337.31 |
| XXXXXX7232 | 05/13/2024 | | Florida Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 190.81 |
| XXXXXX7232 | 05/13/2024 | | Illinois Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 141.00 |
| XXXXXX7232 | 05/13/2024 | | Ohio Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 95.52 |
| XXXXXX7232 | 05/13/2024 | | Minnesota Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 85.02 |
| XXXXXX7232 | 05/13/2024 | | North Carolina Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 56.60 |
| XXXXXX7232 | 05/13/2024 | | Kentucky Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 22.79 |
| XXXXXX7232 | 05/13/2024 | | Rhode Island Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 16.84 |
| XXXXXX7232 | 05/14/2024 | | Virginia Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 60.42 |
| XXXXXX7232 | 05/14/2024 | | Arkansas Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 29.33 |
| XXXXXX7232 | 05/14/2024 | | Maine Bureau of Tax | Sales Taxes (thru TaxJar Service) | $ 9.88 |
| XXXXXX7232 | 05/14/2024 | | Louisiana, Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 6.00 |
| XXXXXX7232 | 05/15/2024 | | Sales Tax | Sales Taxes (thru TaxJar Service) | $ 16.58 |
| XXXXXX7232 | 05/15/2024 | | Oklahoma, State of | Sales Taxes (thru TaxJar Service) | $ 10.10 |
| XXXXXX7232 | 05/16/2024 | | Texas Comptroller | Sales Taxes (thru TaxJar Service) | $ 235.42 |
| XXXXXX7232 | 05/16/2024 | | Colorado Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 64.35 |
| XXXXXX7232 | 05/16/2024 | | District of Columbia, Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 12.60 |
| XXXXXX7232 | 05/17/2024 | | Hawaii, Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 8.88 |
| XXXXXX7232 | 05/21/2024 | | AOA | Manufature and ship product | $ 5,000.00 |
| XXXXXX7232 | 05/22/2024 | | Klaviyo | email marketing service | $ 1,161.94 |
| XXXXXX7232 | 05/24/2024 | | Maryland Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 44.79 |
| XXXXXX7232 | 05/28/2024 | | Amy Perez | payroll | $ 7,564.94 |
| XXXXXX7232 | 05/28/2024 | | Maryland Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 49.24 |
| XXXXXX7232 | 05/28/2024 | | South Dakota Dept of Revenue | Sales Taxes (thru TaxJar Service) | $ 6.29 |
| XXXXXX7232 | 05/31/2024 | | Independent Bank | Bank Service Fee | $ 39.05 |
| | | | | | $ 16,265.70 |

**EXHIBIT D**

**P3 Pure, LLC**
**Unpaid Bills as of May 31, 2024**
**EXHIBIT E**

| Vendor | Invoice Date | Purpose of the Debt | Invoice # | Amount |
|---|---|---|---|---|
| Quench USA, Inc | 6/19/2024 | water | INV07529234 | $ 64.90 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880845 | $ 212.21 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880848 | $ 242.33 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880847 | $ 242.33 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880846 | $ 212.21 |
| Sun Life Financial | 6/19/2024 | Life Insurance - Amy Perez | 929788-0001 | $ 259.60 |
| Danica Matulis DBA Marketing Stack LLC | 6/19/2024 | Marketing Services | 1010 | $ 1,000.00 |
| Nicolas Gutierrez | 6/19/2024 | Logistics Services | 2313 | $ 420.00 |
| Starwest Botanicals | 6/19/2024 | herbal ingredients | 1435887 | $ 431.62 |
| | | | | $ 3,085.20 |

**EXHIBIT E**

**P3 Pure LLC dba Pretty Frank**
**Weekly Cash Forecast**

| week ended: | Forecast 5/14-6/15 (1-6) | Actual 5/14-6/15 (1+5) | Fcst vs Actual 5/14-6/15 (1+6) | 22-Jun (6) | 29-Jun (7) | 6-Jul (8) | 13-Jul (9) | 20-Jul (10) | 27-Jul (11) | 3-Aug (12) | 10-Aug (13) | 17-Aug (14) | 24-Aug (15) | 31-Aug (16) | 7-Sep (17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $36,520 | $31,966 | | $31,966 | $43,301 | $32,626 | $25,748 | $11,271 | $27,537 | $20,682 | $38,803 | $29,327 | $45,593 | $48,988 | $72,109 | $61,198 |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | |
| **Ecommerce** | | | | | | | | | | | | | | | |
| Shopify | $40,000 | $40,185 | $185 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 |
| PayPal | $0 | $0 | | | | | | | | | | | | | |
| Walmart | $0 | $0 | | | | | | | | | | | | | |
| Amazon | $0 | $0 | | | | $20,000 | | $20,000 | | $20,000 | | $20,000 | | $20,000 | |
| **Distribution / Retail / Wholesale** | | | | | | | | | | | | | | | |
| Lotus Light | $25,899 | $26,524 | $625 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 |
| Wholesale General | $1,250 | $0 | -$1,250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| **TOTAL CASH RECEIPTS** | $67,149 | $66,709 | -$440 | $16,750 | $16,750 | $16,750 | $36,750 | $16,750 | $36,750 | $16,750 | $36,750 | $16,750 | $16,750 | $36,750 | $36,750 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | |
| **Owner Compensation & Insurance** | | | | | | | | | | | | | | | |
| Amy Perez | $11,765 | $9,965 | -$1,800 | $0 | $0 | $7,565 | $2,500 | $0 | $0 | $7,565 | $2,500 | $0 | $0 | $7,565 | |
| United Health Care | $3,800 | $2,200 | -$1,600 | | | $1,900 | | | | $1,900 | | | | $200 | |
| Sun Life Financial | $400 | $200 | -$200 | | | $200 | | | | $200 | | | | | |
| **Consulting Services** | | | | | | | | | | | | | | | |
| Nicolas Gutierrez | $13,461 | $4,070 | -$9,391 | $5,070 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 |
| Danica Matulla- Marketing Stack LLC | $3,000 | $1,000 | -$2,000 | $1,000 | $1,250 | | $1,250 | | $1,250 | | $1,000 | | $1,000 | | $1,000 |
| Gina Simmons | $4,711 | $1,570 | -$3,141 | $1,570 | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 |
| William Dickerson | $2,500 | $750 | -$1,750 | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | | $1,250 | |
| Kate Newton | $750 | $750 | $0 | | | | | | | | | | | | |
| **eCommerce & Mkt** | | | | | | | | | | | | | | | |
| Google | $10,311 | $0 | -$10,311 | $0 | $5,000 | | $0 | $5,000 | | $0 | $5,000 | | $0 | $5,000 | $0 |
| EPA Marketing LLC | $10,311 | $0 | -$10,311 | | $5,000 | | | $5,000 | | | $5,000 | | | $5,000 | |
| **Supplier** | $26,410 | $29,578 | -$6,832 | $14,715 | $14,530 | $14,715 | $14,530 | $14,715 | $14,530 | $9,715 | $9,715 | $9,715 | $9,530 | $14,715 | $9,530 |
| AOA Products, LLC | $20,000 | $25,030 | $5,030 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | $10,000 | $5,000 |
| Balpack, Inc. | $0 | $0 | $0 | | | | | | | | | | | | |
| Bayville Chemical | $0 | $0 | $0 | | | | | | | | | | | | |
| Belmark, Inc. | $1,500 | $0 | -$1,500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Brenntag Southwest, Inc. | $0 | $0 | $0 | | | | | | | | | | | | |
| Carillon Green | $0 | $0 | $0 | | | | | | | | | | | | |
| Ciranda Inc. | $0 | $0 | $0 | | | | | | | | | | | | |
| Container & Packaging Supply | $100 | $0 | -$100 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 |
| Custom Paper Tubes | $0 | $0 | $0 | | | | | | | | | | | | |
| Distribupack | $9,480 | $4,348 | -$4,932 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 |
| Eden Botanicals | $330 | $0 | -$330 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Garrison Minerals, LLC | $600 | $0 | -$600 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| Integrity Ingredients Corporation | $0 | $0 | $0 | | | | | | | | | | | | |
| Intrapac Canada Corporation | $0 | $0 | $0 | | | | | | | | | | | | |
| Jedwards International | $1,300 | $0 | -$1,300 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 |
| Starwest Botanicals | $370 | $0 | -$370 | $185 | $185 | | $185 | | $185 | | $185 | | $185 | $185 | |
| The Lebermuth Company | $0 | $0 | $0 | | | | | | | | | | | | |
| Toprint Printing (Shenzhen) Co.Ltd. | $0 | $0 | $0 | | | | | | | | | | | | |
| Univar Solutions | $530 | $0 | -$530 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 |
| Misc Supplier - fulfill raw materials | $2,000 | $0 | -$2,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Recurring Subscriptions** | $86,348 | $1,723 | -$4,625 | $0 | $388 | $4,306 | $144 | $0 | $388 | $4,306 | $144 | $0 | $388 | $4,306 | $144 |
| Helium | $89 | $89 | | | | | | | | | | | | | |
| Intuit (Quickbooks) | $298 | $298 | $0 | | | $298 | | | $298 | | | $298 | | | |
| Gorgias | $96 | $0 | -$96 | | $96 | | | | $96 | | | | $96 | | |
| TaxJar | $782 | $52 | -$730 | | | | | | $782 | | | | $782 | | |
| Authorize.net | $25 | $0 | -$25 | | $25 | | | | $25 | | | | $25 | | |
| Bill.com | $144 | $121 | -$23 | | | $144 | | | | $144 | | | $144 | | |
| Shopify | $2,759 | $0 | -$2,759 | | $2,759 | | | | $2,759 | | | | $2,759 | | |
| Box Inc | $141 | $0 | -$141 | | $141 | | | | $141 | | | | $141 | | |
| Microsoft | $184 | $0 | -$184 | | $184 | | | | $184 | | | | $184 | | |
| Apriver | $344 | $0 | -$344 | | | | | | | | | | | | |
| Klaviyo | $1,165 | $1,162 | -$3 | | | | | | | | | | | | |
| Fishbowl | $299 | $0 | -$299 | $299 | | | | $299 | | | | $299 | | | $299 |
| GoDaddy | $22 | $0 | -$22 | | $22 | | | | $22 | | | | $22 | | |
| **Misc** | $6,352 | $3,144 | -$3,208 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 |
| Other vendors | $2,500 | $644 | -$1,856 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| American Packaging Capital Inc. | $0 | $1,337 | $1,337 | | | | | | | | | | | | |
| Travis County Tax Office | $0 | $0 | $0 | | | | | | | | | | | | |
| Sales Tax Payments | $3,852 | $1,162 | -$2,690 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 |
| **Critical Vendor Payments** | $14,030 | $6,894 | -$7,136 | | | | | | | | | | | | |
| Independent Contractors | $4,030 | $1,465 | -$2,565 | | | | | | | | | | | | |
| Suppliers | $10,000 | $5,429 | -$4,571 | $5,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Professional Fees** | $1,500 | $0 | -$1,500 | $1,500 | $0 | $1,000 | $0 | $250 | $0 | $1,000 | $0 | $0 | $0 | $0 | $76,250 |
| US Trustee Payments | $0 | $0 | $0 | | | | | | | | | | | | $250 |
| sub-V Trustee fees | $1,500 | $0 | -$1,500 | $1,500 | $1,000 | | | $250 | | $1,000 | | | | | $1,000 |
| Akerman | $0 | $0 | $0 | | | | | | | | | | | | $50,000 |
| Harney Partners | $0 | $0 | $0 | | | | | | | | | | | | $25,000 |
| **TOTAL CASH DISBURSEMENTS** | $105,177 | $55,274 | -$44,803 | $27,425 | $23,628 | $31,226 | $20,485 | $23,605 | $18,628 | $26,226 | $20,485 | $13,355 | $13,628 | $27,661 | $97,200 |
| **ENDING CASH BALANCE** | -$2,508 | $43,301 | | $32,626 | $25,748 | $11,271 | $27,537 | $20,682 | $38,803 | $29,327 | $45,593 | $48,988 | $72,109 | $61,198 | $748 |

note: the Forecast for Weeks Ended 6/14/24 disbursements highlighted in Orange are delayed payments and will be pd in later weeks.



**INDEPENDENT FINANCIAL™**

PO Box 3062, MS 12
McKinney, TX 75070

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 1 of 10 |

*0005272    S6
P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

# PUT YOUR **HOME EQUITY** TO WORK

## Use the equity in your home to fund your next project or adventure.  **IFinancial.com/HomeEquity**

Normal credit standards apply. For additional details, visit IFinancial.com/HomeEquity. Independent Financial is a trademark of Independent Bank, Member FDIC. NMLS#411428. ⌂ Equal Housing Lender.

## SMALL BUSINESS AA

| | | | | |
|---|---|---|---|---|
| Account Number | xxx7232 | Statement Dates | 5/01/24 thru | 6/02/24 |
| Previous Stmt Balance | 22,188.38 | Days in Statement Period | | 33 |
| Deposits/Credits | 61,971.28 | Average Collected | | 36,406.23 |
| Checks/Debits | 39,889.92 | Average Ledger | | 36,406.23 |
| Service Charge | 0.00 | Interest Earned | | 0.00 |
| Interest Paid | 0.00 | | | |
| Current Stmt Balance | 44,269.74 | | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | MERCH DEP  MERCHANT SERVICE<br>1841010148  24/05/01<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 151.20 |
| 5/01 | ORDER    FAIRE WHOLESALE<br>9997865003  24/05/01<br>ID #- pay_dx24hnjs29<br>Pretty Frank | 260.58 |
| 5/01 | TRANSFER  shopify<br>1800948598  24/05/01<br>ID #- ST-W5F1U3C0R3V0<br>P3 PURE | 1,175.01 |
| 5/02 | TRANSFER  shopify<br>1800948598  24/05/02<br>ID #- ST-V1Y8H1K3Z1I7<br>P3 PURE | 938.69 |



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Independent Financial is a trademark of Independent Bank | Member FDIC ⌂ Equal Housing Lender
Customer Care 800.460.6634 | ifinancial.com
CSI REV 110121                                                                    6193-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

Reconciliation of Account

| CHECKS/TRANSACTIONS NOT PAID | | |
|---|---|---|
| Check #/ACH/Debit Card | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total of Transactions not paid | | |

Date_____

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Subtract total of Transactions not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ▶ | | | |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 3 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

0005272

61931NDP

29373F00X.006

26FDP

DnpAndE H=N,P

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/02 | ACH      LOTUS LIGHT<br>1391389699 24/05/02<br>ID #-<br>P3 PURE, LLC | 12,854.61 |
| 5/03 | TRANSFER  shopify<br>1800948598 24/05/03<br>ID #- ST-L9B9T2O8N4M0<br>P3 PURE | 892.50 |
| 5/06 | MERCH DEP  MERCHANT SERVICE<br>1841010148 24/05/06<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 126.00 |
| 5/06 | MERCH DEP  MERCHANT SERVICE<br>1841010148 24/05/06<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 512.40 |
| 5/06 | TRANSFER  shopify<br>1800948598 24/05/06<br>ID #- ST-V4U4M2I1L7X0<br>P3 PURE | 1,047.78 |
| 5/06 | DDA MOBILE DEPOSIT | 3,534.00 |
| 5/07 | MERCH DEP  MERCHANT SERVICE<br>1841010148 24/05/07<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 100.80 |
| 5/07 | TRANSFER  PAYPAL<br>PAYPALSD11      24/05/07 | 1,559.74 |
| 5/07 | TRANSFER  shopify<br>1800948598 24/05/07<br>ID #- ST-L5M5A5N4U4T8<br>P3 PURE | 3,127.82 |
| 5/07 | ACH      LOTUS LIGHT<br>1391389699 24/05/07<br>ID #-<br>P3 PURE, LLC | 4,291.00 |
| 5/08 | TRANSFER  WALMART INC.<br>HYPRWLT001 24/05/08<br>ID #- AUTOCASHOUT<br>P3 PURE LLC | 176.80 |
| 5/08 | TRANSFER  shopify<br>1800948598 24/05/08<br>ID #- ST-S8O6U9B0H9C6<br>P3 PURE | 725.28 |
| 5/09 | PAYMENTS  Klarna Inc<br>9568197001 24/05/09<br>ID #- RTE-1523400<br>P3 Pure LLC<br>NTE*ZZZ*111310603\\ | 149.19 |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 4 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/09 | TRANSFER  shopify<br>1800948598  24/05/09<br>ID #- ST-S4H1S3K4T5T8<br>P3 PURE | 926.45 |
| 5/10 | TRANSFER  shopify<br>1800948598  24/05/10<br>ID #- ST-W8K6M3X4T8Y8<br>P3 PURE | 853.06 |
| 5/13 | TRANSFER  shopify<br>1800948598  24/05/13<br>ID #- ST-Z4L3J3K1B3Q1<br>P3 PURE | 499.02 |
| 5/14 | PAYMENTS  Klarna Inc<br>9568197001  24/05/14<br>ID #- RTE-1531165<br>P3 Pure LLC<br>NTE*ZZZ*111458517\\ | 20.83 |
| 5/14 | MERCH DEP  MERCHANT SERVICE<br>1841010148  24/05/14<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 80.40 |
| 5/14 | TRANSFER  PAYPAL<br>PAYPALSD11      24/05/14 | 2,152.96 |
| 5/14 | TRANSFER  shopify<br>1800948598  24/05/14<br>ID #- ST-G0C9U0H4K2K2<br>P3 PURE | 4,386.92 |
| 5/15 | TRANSFER  shopify<br>1800948598  24/05/15<br>ID #- ST-C8T0M2D3N4G6<br>P3 PURE | 577.80 |
| 5/16 | TRANSFER  shopify<br>1800948598  24/05/16<br>ID #- ST-F4C3V8K3W3B3<br>P3 PURE | 623.69 |
| 5/17 | TRANSFER  shopify<br>1800948598  24/05/17<br>ID #- ST-Y2E0E6B5W4M7<br>P3 PURE | 699.00 |
| 5/20 | PAYMENTS  Klarna Inc<br>9568197001  24/05/20<br>ID #- RTE-1540308<br>P3 Pure LLC<br>NTE*ZZZ*111673365\\ | 33.44 |
| 5/20 | PAYMENTS  Klarna Inc<br>9568197001  24/05/20<br>ID #- RTE-1537130<br>P3 Pure LLC<br>NTE*ZZZ*111626514\\ | 34.49 |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 5 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

0005272

61931NDP

29375F00X.006

26FDP

DnpAndE H=N,P

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/20 | TRANSFER   shopify<br>1800948598  24/05/20<br>ID #- ST-D9R7S0M7S8B0<br>P3 PURE | 784.95 |
| 5/21 | TRANSFER   PAYPAL<br>PAYPALSD11      24/05/21 | 858.91 |
| 5/21 | TRANSFER   shopify<br>1800948598  24/05/21<br>ID #- ST-P8X4L1B6Z4G9<br>P3 PURE | 2,216.80 |
| 5/22 | ORDER     FAIRE WHOLESALE<br>9997865003  24/05/22<br>ID #- pay_xhcypekjyk<br>Pretty Frank | 149.68 |
| 5/22 | TRANSFER   WALMART INC.<br>HYPRWLT001  24/05/22<br>ID #- AUTOCASHOUT<br>P3 PURE LLC | 158.47 |
| 5/22 | TRANSFER   shopify<br>1800948598  24/05/22<br>ID #- ST-F1X2M4F8Y0V7<br>P3 PURE | 969.96 |
| 5/23 | TRANSFER   shopify<br>1800948598  24/05/23<br>ID #- ST-B5W2Q1D4B3S9<br>P3 PURE | 573.41 |
| 5/24 | TRANSFER   shopify<br>1800948598  24/05/24<br>ID #- ST-B1S8T6G2S8Q3<br>P3 PURE | 830.08 |
| 5/28 | TRANSFER   shopify<br>1800948598  24/05/28<br>ID #- ST-A2H4G4I2L2J3<br>P3 PURE | 1,087.16 |
| 5/28 | TRANSFER   PAYPAL<br>PAYPALSD11      24/05/28 | 1,091.06 |
| 5/29 | PAYMENTS   Klarna Inc<br>9568197001  24/05/29<br>ID #- RTE-1547929<br>P3 Pure Llc<br>NTE*ZZZ*111872012\\ | 16.59 |
| 5/29 | TRANSFER   shopify<br>1800948598  24/05/29<br>ID #- ST-H2C2I4K6F8H0<br>P3 PURE | 6,567.28 |
| 5/30 | TRANSFER   shopify<br>1800948598  24/05/30<br>ID #- ST-O9P1M4W2W3H2<br>P3 PURE | 2,875.99 |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 6 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/31 | ORDER    FAIRE WHOLESALE<br>9997865003 24/05/31<br>ID #- pay_z6d77uzr4q<br>Pretty Frank | 89.95 |
| 5/31 | TRANSFER   shopify<br>1800948598 24/05/31<br>ID #- ST-S8U0P0H2X6X2<br>P3 PURE | 1,189.53 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/02 | PY *ADVANTAGE ST<br>DBT CRD 0734 05/02/24 36<br>6500 RANCH ROAD 222<br>AUSTINTX      C# 0319 | 281.00- |
| 5/02 | MERCH FEE  MERCHANT SERVICE<br>1841010148 24/05/02<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 220.46- |
| 5/03 | WEB PYMT   CARDMEMBER SERV<br>5911111111 24/05/03<br>ID# **********5306<br>TRACE# 042000018131082 | 1,750.00- |
| 5/03 | RECEIPTS  REGIONS BANK WEB<br>9630073REC 24/05/03<br>ID#<br>TRACE# 062000014667779 | 4,500.00- |
| 5/03 | Payables  Bill.com<br>1204895317 24/05/03<br>ID #- 015YZNBCQU1B7MV<br>P3 Pure, LLC | 6,270.25- |
| 5/06 | Payment   AMZNYx4jOoF0<br>D710938319 24/05/06<br>ID #- 3V3NERFZD2SJ5J5<br>P3 Pure, LLC | 455.47- |
| 5/10 | BILLING    BILL.COM LLC<br>1082689000 24/05/10<br>ID #- 01B4EDSLWLWU2GV<br>P3 Pure, LLC | 147.04- |
| 5/10 | WIRE-OUT 20241310093000<br>HMP ADVISORY HOLDINGS LLC | 10,000.00- |
| 5/13 | TAX PMT   STATE OF RI<br>5056000522 24/05/13<br>ID #- 352446731<br>352446731 | 16.84- |
| 5/13 | KY TaxPmnt Dept of Revenue<br>1522077581 24/05/13<br>ID #- 502-875-3733<br>P3 Pure LLC | 22.79- |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 7 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

| OTHER DEBITS | |
|---|---|

| Date | Description | Amount |
|---|---|---|
| 5/13 | TAX PYMT  NC DEPT REVENUE<br>9044030460 24/05/13<br>ID# 043000092266510<br>TRACE# 043305134163814 | 56.60- |
| 5/13 | MN Rev pay MN DEPT OF REVEN<br>X416007162 24/05/13<br>ID #- 000560440000003 | 85.02- |
| 5/13 | OH SSTPTAX 8021OHIOTAXSALES<br>1510024600 24/05/13<br>ID #- 062024130248134<br>TaxJar | 95.52- |
| 5/13 | EDI PYMNTS IL DEPT OF REVEN<br>5555566257 24/05/13<br>ID #- 24SEF000095976<br>AMY PEREZ<br>TXP*42755336*0411*20240430*T*1<br>4100\\ | 141.00- |
| 5/13 | C01     FLA DEPT REVENUE<br>7596001874 24/05/13<br>ID #- 92979318<br>P3 Pure LLC | 190.81- |
| 5/13 | HNB  8043  HNB<br>411943997A 24/05/13<br>ID #- 001-0769364-300<br>P3 PURE LLC | 1,337.31- |
| 5/14 | EPOSPYMNTS STATE OF LOUISIA<br>1726000805 24/05/14<br>ID #- 2373493001<br>P PURE LLC<br>TXP*2373493001*04101*240430*T*<br>600*Z*240513*SXL13400000001-24 | 6.00- |
| 5/14 | INTRNET DR ME BUREAU OF TAX<br>1016000001 24/05/14<br>ID #- 696451<br>P3 PURE LLC | 9.88- |
| 5/14 | PAYMENT   AR DFA REVENUE<br>1742843318 24/05/14<br>ID #- 1843597824<br>P3 PURE LLC<br>TXP*56468308*04022*20240430*T*<br>0000002933*0000ATAP0*20240513* | 29.33- |
| 5/14 | TAX PAYMEN VA DEPT TAXATION<br>1546001745 24/05/14<br>ID #- *****6731<br>P3 Pure LLC | 60.42- |
| 5/15 | OK TAX PMT OKLAHOMATAXPMTS<br>9STOFOKTXP 24/05/15<br>ID #- 1533616384GNTX<br>P3 PURE LLC | 10.10- |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 8 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/15 | ACH DEBIT  VTAX EFT DEPOSIT<br>8036000264 24/05/15<br>ID #- SUT10952408<br>P3 PURE LLC | 16.58- |
| 5/16 | PAYMENTS   DC-OTR-WEB-SLU<br>753600113E 24/05/16<br>ID #- 7293632<br>P3 PURE LLC | 12.60- |
| 5/16 | TAXPAYMENT CO DEPT REVENUE<br>D846000537 24/05/16<br>ID #- 31716278004SLS<br>P3 PURE LLC | 64.35- |
| 5/16 | TAX PYMT  TX COMPTROLLER<br>2146000902 24/05/16<br>ID #- 75751396/40515<br>33311/12345/EDI/XML - | 235.42- |
| 5/17 | DOTAX PMT  HAWAII DEPT TAX<br>6990303111 24/05/17<br>ID #- 971276416<br>P3 PURE, LLC<br>LE*TX*786608288*USA\\ | 8.88- |
| 5/21 | Payables  Bill.com<br>1204895317 24/05/21<br>ID #- 015CBPRMWI1X89P<br>P3 Pure, LLC | 5,000.00- |
| 5/22 | KLAVIYO INC. SOF<br>DBT CRD 2208 05/21/24 85<br>125 Summer StreetFI<br>BOSTONMA    C# 0319 | 1,161.94- |
| 5/24 | DIR DB RAD COMP OF MARYLAND<br>3526002033      24/05/24 | 44.79- |
| 5/28 | STAX PYMNT SD DEPT REVENUE<br>9466000364 24/05/28<br>ID #- 10335262<br>TXP*10335262      *041SD*2024<br>05*T*0000000629\\ | 6.29- |
| 5/28 | DIR DB RAD COMP OF MARYLAND<br>3526002033      24/05/28 | 49.24- |
| 5/28 | Payables  Bill.com<br>1204895317 24/05/28<br>ID #- 015QNHMBKY2382J<br>P3 Pure, LLC | 7,564.94- |
| 5/31 | Account Analysis Charge | 39.05- |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 23,775.17 | 5/03 | 25,439.26 | 5/07 | 39,283.33 |
| 5/02 | 37,067.01 | 5/06 | 30,203.97 | 5/08 | 40,185.41 |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 5/31/24 |
| PAGE | 9 of 10 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## DAILY BALANCE SUMMARY (continued)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/09 | 41,261.05 | 5/17 | 38,608.24 | 5/24 | 39,011.70 |
| 5/10 | 31,967.07 | 5/20 | 39,461.12 | 5/28 | 33,569.45 |
| 5/13 | 30,520.20 | 5/21 | 37,536.83 | 5/29 | 40,153.32 |
| 5/14 | 37,055.68 | 5/22 | 37,653.00 | 5/30 | 43,029.31 |
| 5/15 | 37,606.80 | 5/23 | 38,226.41 | 5/31 | 44,269.74 |
| 5/16 | 37,918.12 | | | | |

**Independent Bank**
xxx7232

Account Name:      P3 PURE LLC
Account Number:    1000787232
Deposit Date/Time: 5/6/24 6:58 PM UTC
Deposit Amount:    3534.00
Deposit ID:        33815212

Deposit

⑆19534558⑈⑆111916326⑇1000787232     ⑆25 ⁄00000353400⁄

Deposit: 19534558 Date: 5/6/2024 Amount: $3534.00

0005272

61931NDP

29381F00X.006

26FDP

DnpAndE H=N,P