**Fill in this information to identify the case:**

Debtor Name P3 Pure LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 24-10532-smr

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: June 2024

Date report filed: 07/22/2024
MM / DD / YYYY

Line of business: consumer products

NAISC code: 325620

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Amy Perez

Original signature of responsible party: *[signature]*

Printed name of responsible party: Amy Perez

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? DIP accounts opened in June 2024 and prior accounts closed. | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

| Debtor Name | P3 Pure LLC | Case number | 24-10532-smr |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 44,269.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 55,015.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 72,631.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -17,616.00

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 26,653.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 25,931.41

*(Exhibit E)*

Debtor Name  P3 Pure LLC _____  Case number  24-10532-smr _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____ 1

27. What is the number of employees as of the date of this monthly report?                     _____ 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

see attached
cash forecast

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                               $ _____

36. Total projected cash disbursements for the next month:                       − $ _____

37. Total projected net cash flow for the next month:                              = $ _____

Debtor Name  P3 Pure LLC

Case number  24-10532-smr

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**P3 Pure, LLC**
**Cash Received - Period from June 1-30, 2024**
**EXHIBIT C**

| Account Number | Post Date | Description | | Amount |
|---|---|---|---|---|
| XXXXXX7232 | 06/03/2024 | Shopify | $ | 1,207.86 |
| XXXXXX7232 | 06/04/2024 | Paypal | $ | 2,893.78 |
| XXXXXX7232 | 06/04/2024 | Shopify | $ | 2,688.62 |
| XXXXXX7232 | 06/05/2024 | Shopify | $ | 796.70 |
| XXXXXX7232 | 06/06/2024 | LotusLight | $ | 25,889.43 |
| XXXXXX7232 | 06/06/2024 | Shopify | $ | 386.12 |
| XXXXXX7232 | 06/06/2024 | Faire Wholesale | $ | 247.67 |
| XXXXXX7232 | 06/07/2024 | Shopify | $ | 586.35 |
| XXXXXX7232 | 06/07/2024 | Mercant account credit | $ | 172.20 |
| XXXXXX7232 | 06/10/2024 | Faire Wholesale | $ | 219.29 |
| XXXXXX7232 | 06/10/2024 | Faire Wholesale | $ | 190.19 |
| XXXXXX7232 | 06/10/2024 | Faire Wholesale | $ | 56.53 |
| XXX7151 | 06/10/2024 | Shopify | $ | 563.03 |
| XXX7151 | 06/11/2024 | Shopify | $ | 2,001.56 |
| XXX7151 | 06/12/2024 | Shopify | $ | 658.33 |
| XXX7151 | 06/13/2024 | Shopify | $ | 240.03 |
| XXX7151 | 06/14/2024 | Shopify | $ | 321.11 |
| XXX7151 | 06/17/2024 | Shopify | $ | 1,986.59 |
| XXXXXX7232 | 06/18/2024 | Mercant account credit | $ | 92.40 |
| XXX7151 | 06/18/2024 | Shopify | $ | 4,862.25 |
| XXX7151 | 06/20/2024 | Shopify | $ | 587.42 |
| XXX7151 | 06/21/2024 | Shopify | $ | 921.99 |
| XXX7151 | 06/24/2024 | Shopify | $ | 656.41 |
| XXX7151 | 06/25/2024 | Shopify | $ | 2,058.76 |
| XXX7151 | 06/26/2024 | Paypal | $ | 2,983.77 |
| XXX7151 | 06/26/2024 | Shopify | $ | 322.49 |
| XXX7151 | 06/27/2024 | Shopify | $ | 564.39 |
| XXX7151 | 06/27/2024 | amazon | $ | 0.01 |
| XXXXXX7232 | 06/28/2024 | Mercant account credit | $ | 201.60 |
| XXX7151 | 06/28/2024 | Shopify | $ | 658.49 |
| | | | $ | 55,015.37 |

**P3 Pure, LLC**
**EXHIBIT D**
**Cash Disbursements - June 1-30, 2024**

| Account Number | Post Date | | Payee | Purpose | Debit | |
|---|---|---|---|---|---|---|
| XXXXXX7232 | 06/03/2024 | | AOA | Manufacturing / 3PL | $ | 10,000 |
| XXXXXX7232 | 06/03/2024 | | Distribupack | Materials | $ | 1,850 |
| XXXXXX7232 | 06/03/2024 | | Merchant Fee | Bank Fees | $ | 226 |
| XXXXXX7232 | 06/03/2024 | | Advantage Storage | Storage | $ | 281 |
| XXXXXX7232 | 06/03/2024 | | Gorgias Inc. | Materials | $ | 96 |
| XXXXXX7232 | 06/03/2024 | | Helium 10 | Materials | $ | 89 |
| XXXXXX7232 | 06/04/2024 | | bill.com fee | Subscription Fees | $ | 121 |
| XXXXXX7232 | 06/04/2024 | | shopify fee | Subscription Fees | $ | 647 |
| XXXXXX7232 | 06/10/2024 | | Gorgias Inc. | Materials | $ | 9 |
| XXX7151 | 06/10/2024 | | TaxJar Fee | Subscription Fees | $ | 52 |
| XXX7151 | 06/10/2024 | | Quickbooks | Subscription Fees | $ | 298 |
| XXX7151 | 06/11/2024 | | SunLife | Life Insurance | $ | 200 |
| XXX7151 | 06/11/2024 | | Bank Fee | Bank Fees | $ | 30 |
| XXX7151 | 06/11/2024 | | Bank Fee | Bank Fees | $ | 10,000 |
| XXXXXX7232 | 06/14/2024 | | Bank Fee | Bank Fees | $ | 35 |
| XXX7151 | 06/17/2024 | | FL Tax | Sales Taxes | $ | 177 |
| XXX7151 | 06/17/2024 | | IL Tax | Sales Taxes | $ | 129 |
| XXX7151 | 06/17/2024 | | RI Tax | Sales Taxes | $ | 17 |
| XXX7151 | 06/17/2024 | | KY Tax | Sales Taxes | $ | 7 |
| XXX7151 | 06/17/2024 | | Klaviyo | Materials | $ | 1,162 |
| XXX7151 | 06/18/2024 | | OH Tax | Sales Taxes | $ | 84 |
| XXX7151 | 06/18/2024 | | MN Tax | Sales Taxes | $ | 67 |
| XXX7151 | 06/18/2024 | | VA Tax | Sales Taxes | $ | 57 |
| XXX7151 | 06/18/2024 | | AR Tax | Sales Taxes | $ | 29 |
| XXX7151 | 06/18/2024 | | Godaddy | Subscription Fees | $ | 41 |
| XXX7151 | 06/20/2024 | | TX Tax | Sales Taxes | $ | 238 |
| XXX7151 | 06/20/2024 | | OK Tax | Sales Taxes | $ | 41 |
| XXX7151 | 06/20/2024 | | Jewards | Materials | $ | 1,019 |
| XXX7151 | 06/21/2024 | | NC Tax | Sales Taxes | $ | 85 |
| XXX7151 | 06/21/2024 | | HI Tax | Sales Taxes | $ | 6 |
| XXX7151 | 06/21/2024 | | Bank Fee | Bank Fees | $ | 30 |
| XXX7151 | 06/21/2024 | | Garrison Minerals | Materials | $ | 1,894 |
| XXX7151 | 06/24/2024 | | MD Tax | Sales Taxes | $ | 47 |
| XXX7151 | 06/24/2024 | | LA Tax | Sales Taxes | $ | 19 |
| XXX7151 | 06/24/2024 | | ME Tax | Sales Taxes | $ | 13 |
| XXX7151 | 06/24/2024 | | VAT | Sales Taxes | $ | 6 |
| XXX7151 | 06/25/2024 | | SD Tax | Sales Taxes | $ | 17 |
| XXX7151 | 06/26/2024 | | DC Tax | Sales Taxes | $ | 11 |
| XXX7151 | 06/27/2024 | | CO Tax | Sales Taxes | $ | 110 |
| XXX7151 | 06/27/2024 | | Essential Oils | Materials | $ | 156 |
| XXXXXX7232 | 06/28/2024 | | Bank Fee | Bank Fees | $ | 39 |
| XXX7151 | 06/28/2024 | | ▆▆▆Pay | Salaries | $ | 30 |
| XXX7151 | 06/28/2024 | | ▆▆▆Pay | Salaries | $ | 7,565 |
| Independent Bank ****7232 | 06/04/2024 | 001 | Newton Bookkeeping | services | $ | 750 |
| Independent Bank ****7232 | 06/04/2024 | 5.31 | ▆▆▆▆▆▆ | services | $ | 1,570 |
| Independent Bank ****7232 | 06/04/2024 | 1007 | ▆▆▆▆DBA Marketi | services | $ | 1,000 |
| Independent Bank ****7232 | 06/04/2024 | 1009 | ▆▆▆▆▆ | services | $ | 275 |
| Independent Bank ****7232 | 06/04/2024 | 1010 | ▆▆▆▆▆ | services | $ | 275 |
| Independent Bank ****7232 | 06/05/2024 | 2312 | ▆▆▆▆▆ | services | $ | 195 |
| Horizon Bank ****7151 | 06/11/2024 | 2310 | ▆▆▆▆▆ | services | $ | 200 |
| Horizon Bank ****7151 | 06/11/2024 | P3P006 | EPA Marketing LLC | services | $ | 5,429 |
| Horizon Bank ****7151 | 06/11/2024 | 1008 | ▆▆▆▆▆ | services | $ | 440 |
| Horizon Bank ****7151 | 06/11/2024 | 1007 | ▆▆▆▆▆ | services | $ | 200 |
| Horizon Bank ****7151 | 06/11/2024 | 1011 | ▆▆▆▆▆ | services | $ | 330 |
| Horizon Bank ****7151 | 06/11/2024 | 2311 | ▆▆▆▆▆ | services | $ | 495 |

**P3 Pure, LLC**
**EXHIBIT D**
**Cash Disbursements - June 1-30, 2024**

| Account Number | Post Date | | Payee | Purpose | Debit | |
|---|---|---|---|---|---|---|
| Horizon Bank ****7151 | 06/11/2024 | 171790352 | United Health Care | health insurance | $ | 2,200 |
| Horizon Bank ****7151 | 06/12/2024 | 171795379 | The DISTRIBUPACK Compa | materials | $ | 848 |
| Horizon Bank ****7151 | 06/12/2024 | 171795377 | The DISTRIBUPACK Compa | materials | $ | 1,850 |
| Horizon Bank ****7151 | 06/18/2024 | 1009 | ▮▮▮▮DBA Marketi | services | $ | 1,000 |
| Horizon Bank ****7151 | 06/18/2024 | 6.15 | ▮▮▮▮▮▮▮▮ | services | $ | 1,570 |
| Horizon Bank ****7151 | 06/24/2024 | 1006 | ▮▮▮▮▮▮▮▮ | services | $ | 385 |
| Horizon Bank ****7151 | 06/24/2024 | 2310 | ▮▮▮▮▮▮▮▮ | services | $ | 490 |
| Horizon Bank ****7151 | 06/24/2024 | 1007 | ▮▮▮▮▮▮▮▮ | services | $ | 185 |
| Horizon Bank ****7151 | 06/24/2024 | 1012 | ▮▮▮▮▮▮▮▮ | services | $ | 550 |
| Horizon Bank ****7151 | 06/24/2024 | 2313 | ▮▮▮▮▮▮▮▮ | services | $ | 420 |
| Horizon Bank ****7151 | 06/24/2024 | 171893709 | AOA Products, LLC | manufacturing / 3PL | $ | 10,000 |
| Horizon Bank ****7151 | 06/28/2024 | 1010 | ▮▮▮▮DBA Marketi | services | $ | 1,000 |
| Horizon Bank ****7151 | 06/28/2024 | 2000 | ▮▮▮▮▮▮▮▮ | services | $ | 1,570 |
| Horizon Bank ****7151 | 06/28/2024 | 0416039 | Jedwards International | materials | $ | 2,372 |
| | | | | | $ | 72,631 |

**P3 Pure, LLC**
**Unpaid Bills as of June 30, 2024**
**EXHIBIT E**

| Vendor | Invoice Date | Purpose of the Debt | Invoice # | Amount |
|---|---|---|---|---|
| Quench USA, Inc | 6/19/2024 | water | INV07529234 | $ 64.90 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880845 | $ 212.21 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880848 | $ 242.33 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880847 | $ 242.33 |
| Belmark, Inc. | 6/19/2024 | packaging | 1880846 | $ 212.21 |
| Sun Life Financial | 6/19/2024 | Life Insurance - Amy Perez | 929788-0001 | $ 259.60 |
| ▓▓▓▓▓▓▓ DBA Marketing Stack LLC | 6/19/2024 | Marketing Services | 1010 | $ 1,000.00 |
| ▓▓▓▓▓▓▓ | 6/19/2024 | Logistics Services | 2313 | $ 420.00 |
| Starwest Botanicals | 6/19/2024 | herbal ingredients | 1435887 | $ 431.62 |
| | | | | $ 3,085.20 |

| Horizon Bank Account - Reconciliation | | |
|---|---|---|
| | | **June 30, 2024** |
| **Bank bal as of 6/01/24** | $ | 25,218.24 |
| **Deposit in Transit (transfer from IB)** | $ | 1436 |
| **Bank Balance** | $ | **26,654** |
| **Book balance as of 6/30/2024** | $ | **26,654** |
| **Variance** | $ | - |

| Account Number | Description | Date | Opening Balance | Debit Activity | Credit Activity | Ending Balance | YTD Percent of Balance | Class | Description |
|---|---|---|---|---|---|---|---|---|---|
| 101280^00 | FROST BROKERAGE ACCT | | 100,682.84 | | | | | 001 | ASSETS |
| | | 6/30/2024 | | 2,891.42 | 0.00 | 103,574.26 | | 001 | ASSETS |
| Total For Class 001 | | | 100,682.84 | 2,891.42 | 0.00 | 103,574.26 | | | |
| Grand Total | | | 100,682.84 | 2,891.42 | 0.00 | 103,574.26 | | | |

# HORIZON BANK

*0010256   S3
P3 PURE LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-10532
4424 JACKSON AVE APT 539
AUSTIN TX 78731-1792

| Statement Date: | **06/28/2024** | Enclosures: | **(2)** | Account No.: | ****7151 | Page: | **1** |
|---|---|---|---|---|---|---|---|

## BUSINESS CHECKING SUMMARY

**Type: REG  Status:  Active**

| Category | Number | Amount |
|---|---|---|
| New Account On 06/04/24 | | 0.00 |
| Credits | 2 | 61,004.40+ |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 31 | 52,355.50 |
| Automatic Deposits | 19 | 19,387.68+ |
| Miscellaneous Fees | 3 | 90.00 |
| Card Activity | 6 | 2,728.34 |
| Ending Balance On  06/28/24 | | 25,218.24 |

| | | |
|---|---|---|
| **Average Balance (Ledger)** | **41,443.37+** | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/05/24 | DEPOSIT | 34,480.18 | 06/07/24 | DEPOSIT | 26,524.22 | | | |

| Date | Description | Amount |
|---|---|---|
| 06/10/24 | PAYPAL ACCTVERIFY | 0.03 |
| 06/10/24 | PAYPAL ACCTVERIFY | 0.13 |
| 06/10/24 | BILL.COM ACCTVERIFY | 0.89 |
| 06/10/24 | SHOPIFY TRANSFER | 563.03 |
| 06/11/24 | SHOPIFY TRANSFER | 2,001.56 |
| 06/12/24 | SHOPIFY TRANSFER | 658.33 |
| 06/13/24 | SHOPIFY TRANSFER | 240.03 |
| 06/14/24 | SHOPIFY TRANSFER | 321.11 |
| 06/17/24 | SHOPIFY TRANSFER | 1,986.59 |
| 06/18/24 | SHOPIFY TRANSFER | 4,862.25 |
| 06/20/24 | SHOPIFY TRANSFER | 587.42 |
| 06/21/24 | SHOPIFY TRANSFER | 921.99 |
| 06/24/24 | SHOPIFY TRANSFER | 656.41 |
| 06/25/24 | SHOPIFY TRANSFER | 2,058.76 |
| 06/26/24 | SHOPIFY TRANSFER | 322.49 |
| 06/26/24 | PAYPAL TRANSFER | 2,983.77 |
| 06/27/24 | AMAZON.C6URCDVNN PAYMENTS | 0.01 |

**Continued**




Member FDIC

CSI REV 092722

0045-STMT

| Statement Date: | **06/28/2024** | Enclosures: | **(2)** | | Account No.: | ****7151 | Page: **2** |
|---|---|---|---|---|---|---|---|

**(continued)**

| Date | Description | Amount |
|---|---|---|
| 06/27/24 | SHOPIFY TRANSFER | 564.39 |
| 06/28/24 | SHOPIFY TRANSFER | 658.49 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 06/10/24 | 1485 VSA PUR INTUIT QBOOKS ONLINE CL.INTUIT.COM CA(06/07/24 15:17:46) | 298.48 |
| 06/10/24 | 1485 VSA PUR TAXJAR TAXJAR.COM CA (06/09/24 16:49:50) | 52.23 |
| 06/10/24 | PAYPAL ACCTVERIFY | 0.16 |
| 06/10/24 | BILL.COM ACCTVERIFY | 0.89 |
| 06/11/24 | WIRE TRANSFER TO AOA PRODUCTS, LLC | 10,000.00 |
| 06/11/24 | WIRE TRANSFER FEE TO AOA PRODUCTS, LLC | 30.00 |
| 06/11/24 | SUN LIFE CANADA PAYMENTREQ | 200.00 |
| 06/11/24 | BILL.COM PAYABLES | 9,294.41 |
| 06/12/24 | BILL.COM PAYABLES | 2,698.36 |
| 06/17/24 | 1485 VSA PUR KLAVIYO INC. SOFTWARE KLAVIYO.COM MA(06/16/24 20:39:58) | 1,161.94 |
| 06/17/24 | DEPT OF REVENUE KY TAXPMNT | 7.02 |
| 06/17/24 | STATE OF RI TAX PMT | 17.35 |
| 06/17/24 | IL DEPT OF REVEN EDI PYMNTS | 129.00 |
| 06/17/24 | FLA DEPT REVENUE C01 | 176.59 |
| 06/18/24 | 1485 VSA PUR DNH GODADDY.COM 480-5058855 AZ (06/18/24 06:19:38) | 40.81 |
| 06/18/24 | AR DFA REVENUE PAYMENT | 29.33 |
| 06/18/24 | VA DEPT TAXATION TAX PAYMEN | 56.58 |
| 06/18/24 | MN DEPT OF REVEN MN REV PAY | 66.50 |
| 06/18/24 | 8021OHIOTAXSALES OH SSTPTAX | 84.29 |
| 06/18/24 | BILL.COM PAYABLES | 2,570.25 |
| 06/20/24 | 1485 VSA PUR JEDWARDS INTERNATIONAL 617-472-9300 MA (06/19/24 03:19:39) | 1,019.30 |
| 06/20/24 | OKLAHOMATAXPMTS OK TAX PMT | 41.44 |
| 06/20/24 | TX COMPTROLLER TAX PYMT | 238.13 |
| 06/21/24 | WIRE TRANSFER TO GARRISON MINERALS, LLC | 1,893.75 |
| 06/21/24 | WIRE TRANSFER FEE TO GARRISON MINERALS, LLC | 30.00 |
| 06/21/24 | HAWAII DEPT TAX DOTAX PMT | 5.99 |
| 06/21/24 | NC DEPT REVENUE TAX PYMT | 85.09 |
| 06/24/24 | VTAX EFT DEPOSIT ACH DEBIT | 6.47 |
| 06/24/24 | ME BUREAU OF TAX INTRNET DR | 12.74 |
| 06/24/24 | STATE OF LOUISA EPOSPYMNTS | 19.00 |
| 06/24/24 | COMP OF MARYLAND DIR DB RAD | 47.15 |
| 06/24/24 | BILL.COM PAYABLES | 12,030.00 |
| 06/25/24 | SD DEPT REVENUE STAX PYMNT | 16.56 |
| 06/26/24 | DC-OTR-WEB-SLU PAYMENTS | 11.40 |
| 06/27/24 | 1485 VSA PUR SP ESSENTIALLABS.COM HTTPSESSENTIA OR(06/27/24 06:20:12) | 155.58 |
| 06/27/24 | CO DEPT REVENUE TAXPAYMENT | 109.86 |
| 06/28/24 | WIRE TRANSFER TO AMY ELIZABETH PEREZ | 7,564.94 |
| 06/28/24 | WIRE TRANSFER FEE TO AMY ELIZABETH PEREZ | 30.00 |
| 06/28/24 | BILL.COM PAYABLES | 2,372.00 |
| 06/28/24 | BILL.COM PAYABLES | 2,570.25 |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 06/04/24 was 0.00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/05/24 | 34,480.18 | 06/10/24 | 61,216.72 | 06/12/24 | 41,653.84 |
| 06/07/24 | 61,004.40 | 06/11/24 | 43,693.87 | 06/13/24 | 41,893.87 |

Continued

0010256  HOLLAND  23976C00X.005  25FDP

Statement Date: **06/28/2024**  Enclosures: **(2)**      Account No.: **\*\*\*\*7151**   Page: **3**

### DAILY BALANCE SUMMARY (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/14/24 | 42,214.98 | 06/21/24 | 42,919.87 | 06/26/24 | 36,797.98 |
| 06/17/24 | 42,709.67 | 06/24/24 | 31,460.92 | 06/27/24 | 37,096.94 |
| 06/18/24 | 44,724.16 | 06/25/24 | 33,503.12 | 06/28/24 | 25,218.24 |
| 06/20/24 | 44,012.71 | | | | |

### OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

This Statement Cycle Reflects 25 Days

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

Continued

HORIZON BANK
Account No.: ****7151

Statement Date: 06/28/24

## DDA Credit

HORIZON BANK

**HORIZON BANK SSB**

Amount: 34480.18
Account Number: 10277151
Tran Code: 042
Date: 6/5/2024
Customer Name: P3 Pure Llc
Comment:

⑆555501510⑆10277151⑈ 042

Deposit Date: 6/5/2024 Amount: $34480.18

## DDA Credit

HORIZON BANK

**HORIZON BANK SSB**

Amount: 26524.22
Account Number: 10277151
Tran Code: 042
Date: 6/7/2024
Customer Name: P3 Pure Llc
Comment:

⑆555501510⑆10277151⑈ 042

Deposit Date: 6/7/2024 Amount: $26524.22

**INDEPENDENT FINANCIAL™**

PO Box 3062, MS 12
McKinney, TX 75070

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 6/28/24 |
| PAGE | 1 of 6 |

*0005376    S4
P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## AVOID PAYMENT SCAMS

Unsure if a call or text is legitimate? Call Customer Care at **800.460.6634.**

### 3 TIPS FOR SAFE DIGITAL PAYMENTS

Only make payments through online banking tools or verified third-party payment apps.

When setting up a new recipient, verify payee information before sending funds.

Remember – we will never call or text you to request your financial information or send suspicious payment links.

Independent Financial is a trademark of Independent Bank, Member FDIC. IF359986

## SMALL BUSINESS AA

| | | | | |
|---|---|---|---|---|
| Account Number | xxx7232 | Statement Dates | 6/03/24 thru | 6/30/24 |
| Previous Stmt Balance | 44,269.74 | Days in Statement Period | | 28 |
| Deposits/Credits | 35,628.74 | Average Collected | | 7,052.73 |
| Checks/Debits | 79,898.48 | Average Ledger | | 7,052.73 |
| Service Charge | 0.00 | Interest Earned | | 0.00 |
| Interest Paid | 0.00 | | | |
| Current Stmt Balance | 0.00 | | | |

| | Total This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 35.00 | 35.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/03 | TRANSFER  shopify<br>1800948598  24/06/03<br>ID #- ST-E2O0F9Y8U3J5<br>P3 PURE | 1,207.86 |
| 6/04 | TRANSFER  shopify<br>1800948598  24/06/04<br>ID #- ST-N6M2T1G8V7N4<br>P3 PURE | 2,688.62 |
| 6/04 | TRANSFER  PAYPAL<br>PAYPALSD11        24/06/04 | 2,893.78 |



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Independent Financial is a trademark of Independent Bank | Member FDIC 🏠 Equal Housing Lender
Customer Care 800.460.6634  |  ifinancial.com

CSI REV 110121

6193-STMT

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

Reconciliation of Account

| CHECKS/TRANSACTIONS NOT PAID | | |
|---|---|---|
| Check #/ACH/Debit Card | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Date_____

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Transactions not paid | | Subtract total of Transactions not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ▶ | | | |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 6/28/24 |
| PAGE | 3 of 6 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

0005376

61931NDP

28145D00X.006

26FDP

DnpAndE H=N,P

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/05 | TRANSFER  shopify<br>1800948598  24/06/05<br>ID #- ST-C0E5X0U1X2F3<br>P3 PURE | 796.70 |
| 6/06 | ORDER     FAIRE WHOLESALE<br>9997865003  24/06/06<br>ID #- pay_c5t79qahm8<br>Pretty Frank | 247.67 |
| 6/06 | TRANSFER  shopify<br>1800948598  24/06/06<br>ID #- ST-E2D3L2F5I2C1<br>P3 PURE | 386.12 |
| 6/06 | ACH       LOTUS LIGHT<br>1391389699  24/06/06<br>ID #-<br>P3 PURE, LLC | 25,889.43 |
| 6/07 | MERCH DEP  MERCHANT SERVICE<br>1841010148  24/06/07<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 172.20 |
| 6/07 | TRANSFER  shopify<br>1800948598  24/06/07<br>ID #- ST-U2I6V4E9R9H7<br>P3 PURE | 586.35 |
| 6/10 | ORDER     FAIRE WHOLESALE<br>9997865003  24/06/10<br>ID #- pay_gmutnmzfc2<br>Pretty Frank | 56.53 |
| 6/10 | ORDER     FAIRE WHOLESALE<br>9997865003  24/06/10<br>ID #- pay_wrc6x72dk9<br>Pretty Frank | 190.19 |
| 6/10 | ORDER     FAIRE WHOLESALE<br>9997865003  24/06/10<br>ID #- pay_j8jf3nypje<br>Pretty Frank | 219.29 |
| 6/18 | MERCH DEP  MERCHANT SERVICE<br>1841010148  24/06/18<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 92.40 |
| 6/28 | MERCH DEP  MERCHANT SERVICE<br>1841010148  24/06/28<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 201.60 |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 6/28/24 |
| PAGE | 4 of 6 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/03 | HELIUM10.COM<br>DBT CRD 1334 06/02/24 02<br>500 Technology Driv<br>IRVINECA      C# 0319 | 89.10- |
| 6/03 | GORGIAS INC<br>DBT CRD 2259 05/31/24 13<br>180 Sansome StreetS<br>SAN FRANCISCOCA C# 0319 | 95.76- |
| 6/03 | PY *ADVANTAGE ST<br>DBT CRD 2159 06/02/24 48<br>6500 RANCH ROAD 222<br>AUSTINTX      C# 0319 | 281.00- |
| 6/03 | MERCH FEE  MERCHANT SERVICE<br>1841010148  24/06/03<br>ID #- 8028037763<br>PRIMAL PRODUCTS LLC | 226.06- |
| 6/03 | WIRE-OUT 20241550159500 PAYMEN<br>THE DISTRIBUPACK COMPANY | 1,850.00- |
| 6/03 | WIRE-OUT 20241550155300 PAYMEN<br>AOA PRODUCT LLC | 10,000.00- |
| 6/04 | SHOPIFY* 2382887<br>DBT CRD 0230 06/04/24 84<br>2200 BUSSE RD<br>ELK GROVE VILIL C# 0319 | 646.91- |
| 6/04 | BILLING    BILL.COM LLC<br>1082689000  24/06/04<br>ID #- 01B4PUSQNFXUBDF<br>P3 Pure, LLC | 121.44- |
| 6/04 | Payables  Bill.com<br>1204895317  24/06/04<br>ID #- 015XUZHOSI2DH4S<br>P3 Pure, LLC | 3,870.25- |
| 6/05 | Payables  Bill.com<br>1204895317  24/06/05<br>ID #- 015NVZZFUG2F9V7<br>P3 Pure, LLC | 195.00- |
| 6/10 | GORGIAS INC<br>DBT CRD 2245 06/09/24 51<br>180 Sansome StreetS<br>SAN FRANCISCOCA C# 0319 | 8.51- |
| 6/10 | DEPOSIT CORRECTION DEBIT | 26,524.22- |
| 6/14 | NSF RETURNED ITEMS FEE | 35.00- |
| 6/28 | Account Analysis Charge | 39.28- |

| ACCOUNT NUMBER | xxx7232 |
|---|---|
| STATEMENT DATE | 6/28/24 |
| PAGE | 5 of 6 |

P3 PURE LLC
4424 JACKSON AVE
539
AUSTIN TX 78731

## CHECKS IN NUMBER ORDER

Listed in numerical order

| Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|
| 6/05 | | 34,480.18 | 6/28 | | 1,435.77 |

*(*) indicates gap in sequence*

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/03 | 32,935.68 | 6/06 | 26,524.22 | 6/14 | 1,181.05 |
| 6/04 | 33,879.48 | 6/07 | 27,282.77 | 6/18 | 1,273.45 |
| 6/05 | 1.00 | 6/10 | 1,216.05 | 6/28 | 0.00 |

RECEIVED FROM  **IF INDEPENDENT** FINANCIAL

**CHECKING WITHDRAWAL**

ACCOUNT NUMBER

DATE 6-5-2024

DL#: 39114125
DOB: 7/17/1973
Exp. 7/17/2024

1000787232

X Amy E Perez

AMOUNT

$  34,480.18

Customer Signature

P3 Pure LLC

Print Customer Name

ADDRESS 4424 Jackson Ave

TRAN CODE

Austin TX 78731

DOLLARS  69

⑈5001⑈000⑈  69

Number: 0  Date: 6/5/2024  Amount: $34480.18

---

**IF INDEPENDENT** FINANCIAL

**CHECKING DEPOSIT CORRECTION DEBIT**

DATE 6/10/2024

Customer Name: Amy Perez

Your deposit was adjusted for the following reasons:
☐ Addition Error          ☐ Subtraction Error
X Item Listed Not Enclosed  ☐ Items Enclosed Not Listed
☐ Check Amount             ☐ Cash Listed Incorrectly
☐ Listed Incorrectly
☐ Foreign Item             ☐ Non-cash Item Enclosed
☐ Different Legal and
☐ Written Amount           ☐ Other

Entered By: AH   Approved By: JN

Original
Deposit
Amount: 26,524.22

ACCOUNT NUMBER          TRAN CODE    CORRECTION AMOUNT

5 1   $  26,524.22

⑈5001⑈0020⑈      5 1

Number: 0  Date: 6/10/2024  Amount: $26524.22

---

**IF INDEPENDENT** FINANCIAL

**CHECKING ADVICE OF DEBIT**

CUSTOMER NAME: P3 Pure   APPROVED BY: ___   DATE 6/28/24

WE DEBIT YOUR ACCOUNT AS FOLLOWS

Cashier checks - Withdraw funds to 0.00
Balance to Close

ACCOUNT NUMBER          TRAN CODE    TOTAL AMOUNT

$  1435  .77

⑈5001⑈0022⑈

Number: 0  Date: 6/28/2024  Amount: $1435.77

**P3 Pure LLC dba Pretty Frank**
**Weekly Cash Forecast**

Budget to Actual — May 14 to July 6 2024

| | Forecast 5/14-7/6 | Actual 5/14-7/6 | Forecast to Actual 5/14-7/6 | 9 Forecast 13-Jul | 1 Actual/FORECAST 13-Jul | 10 Forecast 20-Jul | 11 Forecast 27-Jul | 12 Forecast 3-Aug | 13 Forecast 10-Aug | 14 Forecast 17-Aug | 15 Forecast 24-Aug | 16 Forecast 31-Aug | 17 Forecast 7-Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $30,520 | $31,966 | $31,966 | $6,608 | $6,608 | $39,868 | $33,013 | $49,385 | $39,909 | $54,424 | $57,819 | $79,191 | $68,280 |
| **CASH RECEIPTS** | | | | | | | | | | | | | |
| **Ecommerce** | | | | | | | | | | | | | |
| Shopify | $64,000 | $55,905 | -$8,095 | $8,000 | $3,180 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 |
| PayPal | $0 | $4,157 | $4,157 | | | | | | | | | | |
| Walmart | $0 | $0 | $0 | | | | | | | | | | |
| Amazon | $0 | $0 | $0 | $20,000 | $49,704 | | $20,000 | | $20,000 | | $20,000 | | $20,000 |
| **Distributor / Retail / Wholesale** | | | | | | | | | | | | | |
| Lotus Light | $51,399 | $33,950 | -$17,449 | $8,500 | | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 | $8,500 |
| Wholesale General | $2,000 | $0 | -$2,000 | $250 | | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| **TOTAL CASH RECEIPTS** | $117,399 | $94,012 | -$23,387 | $36,750 | $52,884 | $16,750 | $36,750 | $16,750 | $36,750 | $16,750 | $36,750 | $16,750 | $36,750 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | |
| **Owner Compensation & Insurance** | $19,330 | $19,630 | $300 | $2,100 | $0 | $0 | $0 | $7,565 | $2,100 | $0 | $0 | $0 | $7,565 |
| Amy Perez | $15,130 | $15,130 | $0 | | | | | $7,565 | | | | | $7,565 |
| United Health Care | $3,800 | $4,100 | $300 | $1,900 | | | | | $1,900 | | | | |
| Sun Life Financial | $400 | $400 | $0 | $200 | | | | | $200 | | | | |
| **Consulting Services** | $23,601 | $13,200 | -$10,401 | $2,570 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 | $2,500 | $2,570 |
| Nicolas Gutierrez | $5,000 | $910 | -$4,090 | | | $1,250 | | $1,250 | | $1,250 | | $1,250 | |
| Danica Matulis- Marketing Stack LLC | $5,000 | $3,000 | -$2,000 | $1,000 | $1,000 | | $1,000 | | $1,000 | | $1,000 | | $1,000 |
| Gina Simmons | $7,851 | $4,710 | -$3,141 | $1,570 | $1,570 | | $1,570 | | $1,570 | | $1,570 | | $1,570 |
| William Sizemore | $5,000 | $3,080 | -$1,920 | | | $1,250 | | $1,250 | | $1,250 | | $1,250 | |
| Kate Newton | $750 | $1,500 | $750 | | | | | | | | | | |
| **eCommerce & Mkt** | $15,311 | $0 | -$15,311 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 | $0 | $5,000 | $0 |
| Google | $0 | $0 | $0 | | | | | | | | | | |
| EPA Marketing LLC | $15,311 | $0 | -$15,311 | | | $5,000 | | | $5,000 | | | $5,000 | |
| **Supplier** | $80,370 | $59,694 | -$20,676 | $14,530 | $12,660 | $14,715 | $14,530 | $9,715 | $9,530 | $9,715 | $9,530 | $14,715 | $9,530 |
| AOA Products, LLC | $50,000 | $45,030 | -$4,970 | $10,000 | $10,000 | $10,000 | $10,000 | $5,000 | $5,000 | $5,000 | $5,000 | $10,000 | $5,000 |
| Belmark, Inc. | $3,000 | $0 | -$3,000 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Container & Packaging Supply | $175 | $0 | -$175 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 |
| Distribupack | $14,220 | $13,217 | -$1,003 | $1,580 | | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 | $1,580 |
| Eden Botanicals | $660 | $0 | -$660 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Garrison Minerals, LLC | $2,000 | $0 | -$2,000 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| Jedwards International | $3,250 | $1,291 | -$1,959 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 | $650 |
| Starwest Botanicals | $740 | $0 | -$740 | | | $185 | | $185 | | $185 | | $185 | |
| Univar Solutions | $1,325 | $0 | -$1,325 | $265 | | $265 | $265 | $265 | $265 | $265 | $265 | $265 | $265 |
| Misc Supplier - fulfill raw materials | $5,000 | $156 | -$4,844 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| **Recurring Subscriptions** | $11,042 | $6,289 | -$4,753 | $144 | $144 | $0 | $388 | $4,306 | $144 | $0 | $388 | $4,306 | $144 |
| Helium | $178 | $89 | -$89 | | | | $89 | | | | $89 | | |
| Intuit (Quickbooks) | $597 | $597 | $0 | | | | | $298 | | | | $298 | |
| Gorgias | $192 | $96 | -$96 | | | | | $96 | | | | $96 | |
| TaxJar | $1,564 | $52 | -$1,512 | | | | | $782 | | | | $782 | |
| Authorize.net | $49 | $0 | -$49 | | | | | $25 | | | | $25 | |
| Bill.com | $144 | $254 | $110 | $144 | $144 | | | | $144 | | | | $144 |
| Shopify | $5,517 | $2,836 | -$2,681 | | | | | $2,759 | | | | $2,759 | |
| Box Inc | $281 | $0 | -$281 | | | | | $141 | | | | $141 | |
| Microsoft | $367 | $0 | -$367 | | | | | $184 | | | | $184 | |
| Appriver | $344 | $0 | -$344 | | | | | | | | | | |
| Klaviyo | $1,165 | $2,324 | $1,159 | | | | | | | | | | |
| Fishbowl | $598 | $0 | -$598 | | | | $299 | | | | $299 | | |
| GoDaddy | $44 | $41 | -$3 | | | | | $22 | | | | $22 | |
| **Misc** | $9,772 | $6,615 | -$3,157 | $1,140 | $0 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 | $1,140 |
| Other vendors | $4,000 | $2,955 | -$1,045 | $500 | | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| American Packaging Capital Inc. | $0 | $1,337 | $1,337 | | | | | | | | | | |
| Travis County Tax Office | $0 | $0 | $0 | | | | | | | | | | |
| Sales Tax Payments | $5,772 | $2,323 | -$3,449 | $640 | | $640 | $640 | $640 | $640 | $640 | $640 | $640 | $640 |
| **Critical Vendor Payments** | $19,030 | $8,818 | -$10,212 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Independent Contractors | $4,030 | $1,465 | -$2,565 | | | | | | | | | | |
| Suppliers | $15,000 | $7,353 | -$7,647 | | | | | | | | | | |
| **Professional Fees** | $4,000 | $0 | -$4,000 | $0 | $4,250 | $250 | $1,750 | $1,000 | $1,750 | $0 | $1,750 | $0 | $3,000 |
| US Trustee Payments | $0 | $0 | $0 | | | $250 | | | | | | | $250 |
| sub V Trustee fees | $4,000 | $0 | -$4,000 | | $2,500 | | | $1,000 | | | | | $1,000 |
| MCA | | | | | $1,750 | | $1,750 | | $1,750 | | $1,750 | | $1,750 |
| Akerman | $0 | $0 | $0 | | | | | | | | | | |
| Harney Partners | $0 | $0 | $0 | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | $182,456 | $114,246 | -$68,210 | $20,485 | $19,624 | $23,605 | $20,378 | $26,226 | $22,235 | $13,355 | $15,378 | $27,661 | $23,950 |
| **ENDING CASH BALANCE** | $11,271 | $11,732 | $461 | $22,873 | $39,868 | $33,013 | $49,385 | $39,909 | $54,424 | $57,819 | $79,191 | $68,280 | $81,080 |