**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10532-smr |
| | § | |
| P3 PURE LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 SUBCHAPTER V |

### ORDER SETTING HEARING ON CONFIRMATION OF PLAN AND
### RELATED DEADLINES, WITH NOTICE THEREOF

On August 11, 2024, the above referenced Debtor filed its Chapter 11 Subchapter V Plan of Reorganization at ECF No. 93. The Court finds that the following Order should be entered pursuant to 11 U.S.C. § 1191 and Federal Rule of Bankruptcy Procedure 3017.2:

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The confirmation hearing will be held on **October 3, 2024, at 10:00 a.m. (CT)** at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd., Austin, Texas 78701.

2. The Debtor shall promptly provide notice of the confirmation hearing to all interested parties.

3. By September 30, 2024, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan.

4. September 23, 2024, at 5:00 p.m. (CT) is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to

counsel for the Debtor at the address set forth in the Plan. Ballots shall not be filed with the Court.

5. September 23, 2024, at 5:00 p.m. (CT) is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

6. September 23, 2024, at 5:00 p.m. (CT) is also fixed as (a) the last day for filing and serving any notice of a § 1111(b) election under Federal Rule of Bankruptcy Procedure 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan under Federal Rule of Bankruptcy Procedure 3017.2.

7. By August 19, 2024, counsel for the Debtor shall transmit by first class mail, a copy of the Plan, this Order or a notice of its provisions, and a ballot conforming with Official Form 314, to all creditors, equity security holders, the Trustee, the Debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

###