# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−10532−smr

Chapter No.: 11

Judge: Shad Robinson

IN RE: **P3 Pure LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **9/12/24 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 88 Motion To Value Collateral (21 Day Objection Language) filed by Randall Adam Swick for Debtor P3 Pure LLC) Hearing Scheduled For 9/12/2024 at 09:30 AM at Austin Courtroom 1 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Adam Schmit at Adam_Schmit@txwb.uscourts.gov AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov....You must also email Jennifer Lopez and Adam Schmit and request a special setting if your time estimate for both sides exceeds 30 minutes. (Lopez, Jennifer)

Dated: 8/14/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]