## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 24-10532** |
| | § | |
| **P3 PURE LLC,** | § | **Chapter 7** *converted* |
| | § | |
| *Debtor.* | § | |

## STATEMENT OF CHANGES IN SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS UPON CONVERSION TO CHAPTER 7

TO THE HONORABLE SHAD M ROBINSON, UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtor, P3 Pure, LLC, and files this Statement of Changes in Schedules and Statement of Financial Affairs upon Conversion to Chapter 7, and would shows:

The undersigned officer for the Debtor declares that she has read the foregoing Statement of Changes in Schedules and Statement of Affairs Upon Conversion to Chapter 7 and that they are true and correct to the best of her knowledge, information, and belief.

Respectfully submitted this 19th day of November, 2024.

P3 Pure LLC

Amy Perez
Its: CEO / Founder

_/s/ R. Adam Swick_____
R. Adam Swick, SBN: 24051794
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, Texas 78701
Telephone: (737) 999-7103
Facsimile: (512) 623-6701
adam.swick@akerman.com

*-and-*

David W. Parham, SBN: 15459500
Laura M. Taveras, SBN: 24127243
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
laura.taveras@akerman.com

Attorneys for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, the Statement of Changes in Schedules and Statement of Financial Affairs Upon Conversion to Chapter 7 was served electronically via CM/ECF on the following parties and to all parties requesting service including the following effected parties. Additionally, within one business day of filing, the Statement of Changes in Schedules and Statement of Financial Affairs Upon Conversion to Chapter 7 was served via U.S. First Class Mail to all parties on the attached matrix.

***United States Trustee***

United States Trustee
903 San Jacinto Blvd., #230
Austin, TX 78701
Email: ustpregion07.au.ecf@usdoj.gov

***Trustee***

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212
rosherow@hotmail.com

*/s/ R. Adam Swick*
R. Adam Swick

Docusign Envelope ID: D9831656-B6FD-4743-BE33-FE9768512AF5

Advantage Sales & Marketing Inc
PO Box 744482
Atlanta, GA 30374-4482


Alpacka Group LLC
178 Barnard Avenue
San Jose, CA 95118


Amazon Capital Services
410 Terry Ave. N.
Seattle, WA 98109


American Express
PO Box 650448
Dallas, TX 75265


Amy Perez
4424 Jackson Ave. #539
Austin, TX 78731


AOA Products LLC
3618 King Rd, Unit D
Toledo, OH 43617


Beehive Natural Sales LLC
5212 Delridge Way SW Unit B
Seattle, WA 98106


Belmark Inc.
PO Box 8814
Carol Stream, IL 60197-8814


Brenntag Southwest Inc
704 E Wintergreen Rd
Lancaster, TX 75134


Capitol Corporate Services Inc
1501 S MoPac Wxpy Ste 220
Austin, TX 78746


Ciranda Inc
708 2nd Street
Hudson, WI 54016

Container & Packaging Supply
1345 E Sate St
Eagle, ID 83616


CT Corporation System
1200 South Pine Island Rd.
Suite A
Fort Lauderdale, FL 33324


Danica Matulis DBA Marketing Stack LLC
24081 Gemwood Dr
Lake Forest, CA 92630


Eden Botanicals LLC
3820 Cypress Dr., #12
Petaluma, CA 94954


EPA Marketing
15970 115th Avenue North
Jupiter, FL 33478


Florida Dept of Revenue
Bankruptcy Unit
PO BOX 6668
TALLAHASSEE, FL 32314-6668


Garrison Minerals LLC
11901 W 48th Ave
Wheat Ridge, CO 80033


Genius Central
DEPT CH 19799
Palatine, IL 60055-9799


Gina Simmons
304 Midlothian Avenue
Tampa, FL 33617


Independent Bank
3090 Craig Drive
McKinney, TX 75070

Docusign Envelope ID: D9831656-B6ED-4743-BE33-FE0768512475

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346


Ironclad Consulting Services
12916 Meridian Park Blvd
Austin, TX 78739


Isaac J. Brown
Wicks Phillips LLP
3131 McKinney Ave., Ste 500
Dallas, TX 75204


Janitor's Warehouse Inc
3910 Gattis School Rd.
Round Rock, TX 78664


Jedwards International
141 Campanelli Dr
Braintree, MA 02184


Montgomery Capital Partners III LP
Attn: Carlos A. Lacayo
2500 Dallas Parkway, Suite 533
Plano, TX 75093


My Fishbowl Hosting
580 East Technology Ave
Suite C1100
Orem, UT 84097


Newton Bookkeeping
779 Hometown Pkey
Kyle, TX 78640


Nicolas Gutierrez
5119 Chilkoot St
Tampa, FL 33617


Optimum
PO Box 70340
Philadelphia, PA 19176-0340

Plastek Industries Inc
dba The DISTRIBUPACK Co
2425 West 23rd Street
Erie, PA 16506


Quench USA Inc
3175 Bass Pro Dr.
Grapevine, TX 75081


Regions Bank
PO Box 2224
Birmingham, AL 35246-3042


Shay and Company Inc
10639 SE Fuller Rd
Portland, OR 97222


Spectrum Chemical Mfg Corp
769 Jersey Ave
New Brunswick, NJ 08901


Starwest Botanicals
161 Main Avenue
Sacramento, CA 95838


Stephen Gould


Sun Life Financial
PO Box 807009
Kansas City, MO 64184-7009


Synectics International Inc
48413 Colleyville Blvd., Ste 251-375
Colleyville, TX 76034


Texas Comptroller of Public Accounts
Bankruptcy Section
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


Tforce Freight
PO Box 1216
Richmond, VA 23218-1216

The Data Council
18100 Von Karman Ave, Ste 1000
Irvine, CA 92612


The Lebermuth Company
4004 Technology Dr
Richmond, VA 23218-1216


The Wenmohs Group
4425 S MoPac Expy Bldg 3
Suite 504
Austin, TX 78735


Thrive Market Inc
5340 Alla Rd, Ste 105 B
Los Angeles, CA 90066


Toprint Printing (Shenzhen) Co Ltd
Rm 1702., Bldg 3
Tianjian Wisdom World, Huilongpu Cmty
Longcheng St, Longgang Dist
Shenzhen City, GD, CHINA 51817


Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Uline Shipping Supply
PO Box 88741
Chicago, IL 60680-1741


UNFI Audit
One Bridgestone Parkway, Ste 100
Nashville, TN 37214


UNFI Shared Services
1 Albion Road
Lincoln, RI 02865

Docusign Envelope ID: D9831656-B6FD-47A3-BE33-EE976851A4F5

United Health Care
PO Box 88106
Chicago, IL 60680-1106


United Natural Foods Inc
433 Oak Glen Rd
Howell, NJ 07731-8932


Univar Solutions
62190 Collections Center Dr
Chicago, IL 60693-0621


US Small Business Administration
COVID EIDL Servicing Center
14925 Kingsport Rd
Fort Worth, TX 76155-2240


Videojet Technologies Inc
1500 N Mittel Blvd.
Wood Dale, IL 60191-1073


William Sizemore
1510 N 17th St Unit 2B
Tampa, FL 33605

Docusign Envelope ID: B2E9EF7E-DAE6-4A04-9220-6A99B3A8358B

11/19/24 4:35PM

**Fill in this information to identify the case:**

Debtor name     **P3 Pure LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)     **24-10532**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:      Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................   $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................   $      **93,304.32**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................   $      **93,304.32**

---

**Part 2:      Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................   $    **3,007,862.52**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $      **9,158.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$    **356,508.02**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b                                                                     $    **3,373,529.03**

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9229-6A99B3A9359B

11/19/24 4:35PM

| Fill in this information to identify the case: |
|---|
| Debtor name **P3 Pure LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS |
| Case number (if known) **24-10532** |

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Horizon Bank** | **Debtor-in-Possession Account** | 7151 | $33,760.68 |
| 3.2. | **Independent Bank - 7932** | | | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **eCommerce / Cash Receipts: Amazon** | $36,513.29 |
| 4.2. | **eCommerce / Cash Receipts: Paypal** | $677.50 |

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $70,951.47 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **P3 Pure LLC** | Case number *(If known)* | **24-10532** |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **19,984.26** | - | **0.00** | = .... | **$19,984.26** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **270.56** | - | **0.00** | = .... | **$270.56** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,098.03** | - | **0.00** | = .... | **$2,098.03** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$22,352.85** |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Components** **Essential Oils** **Raw Materials** **Labels** | Unknown | Unknown | N/A | Unknown |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Finished Goods** | Unknown | Unknown | N/A | Unknown |
| | **Amazon Inventory** | Unknown | Unknown | N/A | Unknown |
| 22. | **Other inventory or supplies** | | | | |

---

Docusign Envelope ID: D2F9FF7E-BAF6-4A01-922D-6A99B3A9358B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | | Case number *(If known)* | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

| Shipping Supplies | Unknown | Unknown | N/A | Unknown |
|---|---|---|---|---|

23. **Total of Part 5.** | **$0.00**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Logo**<br>**Serial No. 88258515**<br>**Registration No. 5820489** | Unknown | N/A | Unknown |

| Debtor | **P3 Pure LLC** | Case number *(If known)* 24-10532 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **PRETTY FRANK**<br>**Serial No. 88455184**<br>**Registration No. 6054887** | Unknown | N/A | Unknown |
| **P3 PURE**<br>**Serial No. 86882757**<br>**Registration No. 5396954** | Unknown | N/A | Unknown |
| **P3**<br>**Serial No. 86854207**<br>**Registration No. 5470076** | Unknown | N/A | Unknown |
| **HAPPY PITS**<br>**Serial No. 86372327**<br>**Registration No. 4814480** | Unknown | N/A | Unknown |
| **MOOD MIST**<br>**Serial No. 86372292**<br>**Registration No. 4819475** | Unknown | N/A | Unknown |
| **TOUGH TEETH**<br>**Serial No. 86372160**<br>**Registration No. 4814479** | Unknown | N/A | Unknown |
| **PRIMAL PIT PASTE**<br>**Serial No. 86320024**<br>**Registration No. 4806594** | Unknown | N/A | Unknown |
| **PIT PUMP**<br>**Serial No. 86256481**<br>**Registration No. 4765688** | Unknown | N/A | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | $0.00 |
   |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
   - ■ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ■ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Docusign Envelope ID: D2F9EE7E-BAE6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | Case number *(If known)* | **24-10532** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td>Current value of debtor's interest</td></tr>
<tr><td>71.</td><td>**Notes receivable**<br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.</td><td>**Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.</td><td>**Interests in insurance policies or annuities**<br>**Great American Alliance Insurance Company**<br>**Commercial General Liability**<br>**Policy No. PLF041359-HSCG034938**<br>**Policy Period: 02/16/2024-02/16/2025**</td><td>**$0.00**</td></tr>
<tr><td>74.</td><td>**Causes of action against third parties (whether or not a lawsuit has been filed)**</td><td></td></tr>
<tr><td>75.</td><td>**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**</td><td></td></tr>
<tr><td>76.</td><td>**Trusts, equitable or future interests in property**</td><td></td></tr>
<tr><td>77.</td><td>**Other property of any kind not already listed** *Examples:* Season tickets, country club membership</td><td></td></tr>
<tr><td>78.</td><td>**Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90.</td><td>**$0.00**</td></tr>
</table>

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **P3 Pure LLC** | Case number *(if known)*  **24-10532** |
|---|---|---|
| | Name | |

---

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$70,951.47** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$22,352.85** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$93,304.32** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$93,304.32** |

Docusign Envelope ID: D2F9FF7E-BAF6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

**Fill in this information to identify the case:**

Debtor name **P3 Pure LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **24-10532**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Montgomery Capital Partners III LP**<br>Creditor's Name<br>**Attn: Carlos A. Lacayo**<br>**2500 Dallas Parkway, Suite 533**<br>**Plano, TX 75093**<br>Creditor's mailing address<br><br>**carlos.lacayo@mca-texas.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/30/2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All tangible and intangible personal property.**<br><br>**Describe the lien**<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $961,131.02 | Unknown |
| **2.2 U.S. Small Business Administration**<br>Creditor's Name<br>**1545 Hawkins Blvd., Suite 202**<br>**El Paso, TX 79925**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All tangible and intangible personal property.**<br><br>**Describe the lien**<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $2,046,731.50 | $0.00 |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | P3 Pure LLC | Case number (if known) | 24-10532 |
|---|---|---|---|
| | Name | | |

**8203**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $3,007,862.52

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Isaac J. Brown**<br>**Wicks Phillips LLP**<br>**3131 McKinney Ave., Ste 500**<br>**Dallas, TX 75204** | | Line  **2.1** | |
| **US Small Business Administration**<br>**COVID EIDL Servicing Center**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155-2240** | | Line  **2.2** | **8203** |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Fill in this information to identify the case: |
|---|

Debtor name **P3 Pure LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **24-10532**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Florida Dept of Revenue** | Check all that apply. | | |
| | **Bankruptcy Unit** | ☐ Contingent | | |
| | **PO BOX 6668** | ☐ Unliquidated | | |
| | **TALLAHASSEE, FL 32314-6668** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Internal Revenue Service** | Check all that apply. | | |
| | **Centralized Insolvency Office** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

46527

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
**Bankruptcy Section**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$9,158.49** | **$9,158.49** |
|---|---|---|---|---|---|

**Travis County Tax Office**
**PO Box 149328**
**Austin, TX 78714-9328**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023 Property Property Commercial Primal Pit Paste**

Last 4 digits of account number **0000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Advantage Sales & Marketing Inc**
**PO Box 744482**
**Atlanta, GA 30374-4482**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alpacka Group LLC**
**178 Barnard Avenue**
**San Jose, CA 95118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,244.62** |
|---|---|---|---|

**Amazon Capital Services**
**410 Terry Ave. N.**
**Seattle, WA 98109**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

Date(s) debt was incurred _____

Last 4 digits of account number  **3007**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Other - Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amy Perez**
4424 Jackson Ave #539
Austin, TX 78731

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,164.81** |
|---|---|---|---|

**AOA Products LLC**
3618 King Rd, Unit D
Toledo, OH 43617

Date(s) debt was incurred  **12/1/2023 - 4/1/2024**

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |
|---|---|---|---|

**Beehive Natural Sales LLC**
5212 Delridge Way SW Unit B
Seattle, WA 98106

Date(s) debt was incurred  **10/25/2023, 10/30/2023**

Last 4 digits of account number _____

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,880.75** |
|---|---|---|---|

**Belmark Inc.**
PO Box 8814
Carol Stream, IL 60197-8814

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,745.62** |
|---|---|---|---|

**Brenntag Southwest Inc**
704 E Wintergreen Rd
Lancaster, TX 75134

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.00** |
|---|---|---|---|

**Capitol Corporate Services Inc**
1501 S MoPac Wxpy Ste 220
Austin, TX 78746

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ciranda Inc**
**708 2nd Street**
**Hudson, WI 54016**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,761.76 |
|---|---|---|---|

**Container & Packaging Supply**
**1345 E Sate St**
**Eagle, ID 83616**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CT Corporation System**
**1200 South Pine Island Rd.**
**Suite A**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danica Matulis DBA Marketing Stack LLC**
**24081 Gemwood Dr**
**Lake Forest, CA 92630**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2024**

Last 4 digits of account number _____

Basis for the claim: **Consulting Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eden Botanicals LLC**
**3820 Cypress Dr., #12**
**Petaluma, CA 94954**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EPA Marketing**
**15970 115th Avenue North**
**Jupiter, FL 33478**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Garrison Minerals LLC**
**11901 W 48th Ave**
**Wheat Ridge, CO 80033**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9220-6A99B2A9359B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | Case number (if known) | **24-10532** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$363.00** |
|---|---|---|---|

**Genius Central**
**DEPT CH 19799**
**Palatine, IL 60055-9799**

Date(s) debt was
incurred  10/2021, 12/1/2021, 1/1/2022

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,570.25** |
|---|---|---|---|

**Gina Simmons**
**304 Midlothian Avenue**
**Tampa, FL 33617**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Consulting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Independent Bank**
**3090 Craig Drive**
**McKinney, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number  **5306**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Other - Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,469.75** |
|---|---|---|---|

**Ironclad Consulting Services**
**12916 Meridian Park Blvd**
**Austin, TX 78739**

Date(s) debt was incurred  1/31/2024, 2/15/2024

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$408.29** |
|---|---|---|---|

**Janitor's Warehouse Inc**
**3910 Gattis School Rd.**
**Round Rock, TX 78664**

Date(s) debt was incurred  6/30/2021

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,128.50** |
|---|---|---|---|

**Jedwards International**
**141 Campanelli Dr**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**My Fishbowl Hosting**
**580 East Technology Ave**
**Suite C1100**
**Orem, UT 84097**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nicolas Gutierrez**
**5119 Chilkoot St**
**Tampa, FL 33617**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/13/2024**

Basis for the claim:  **Consulting Services**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.74**

**Optimum**
**PO Box 70340**
**Philadelphia, PA 19176-0340**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/15/2023**

Basis for the claim:  **Service**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Plastek Industries Inc**
**dba The DISTRIBUPACK Co**
**2425 West 23rd Street**
**Erie, PA 16506**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Service**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.62**

**Quench USA Inc**
**3175 Bass Pro Dr.**
**Grapevine, TX 75081**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/1/2023, 7/1/2023, 9/1/2023-1/1/2024, 4/1/2024**

Basis for the claim:  **Service**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,762.71**

**Regions Bank**
**PO Box 2224**
**Birmingham, AL 35246-3042**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Other - Credit Card**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$636.25**

**Shay and Company Inc**
**10639 SE Fuller Rd**
**Portland, OR 97222**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/1/2024**

Basis for the claim:  **Service**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.88**

**Spectrum Chemical Mfg Corp**
**769 Jersey Ave**
**New Brunswick, NJ 08901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Supplier**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __P3 Pure LLC_____  Case number (if known) __24-10532__

Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Starwest Botanicals**
**161 Main Avenue**
**Sacramento, CA 95838**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: __Supplier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Stephen Gould**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.32 |
|---|---|---|---|

**Sun Life Financial**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Synectics International Inc**
**48413 Colleyville Blvd., Ste 251-375**
**Colleyville, TX 76034**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/4/2024__

Last 4 digits of account number _____

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.86 |
|---|---|---|---|

**Tforce Freight**
**PO Box 1216**
**Richmond, VA 23218-1216**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/1/2021__

Last 4 digits of account number _____

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.00 |
|---|---|---|---|

**The Data Council**
**18100 Von Karman Ave, Ste 1000**
**Irvine, CA 92612**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/23/2024__

Last 4 digits of account number _____

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.43 |
|---|---|---|---|

**The Lebermuth Company**
**4004 Technology Dr**
**Richmond, VA 23218-1216**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/25/2024__

Last 4 digits of account number _____

Basis for the claim: __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**The Wenmohs Group**
4425 S MoPac Expy Bldg 3
Suite 504
Austin, TX 78735

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2023

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.25** |
|---|---|---|---|

**Thrive Market Inc**
5340 Alla Rd, Ste 105 B
Los Angeles, CA 90066

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/12/2021, 12/16/2021, 1/20/2022, 2/22/2022

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Toprint Printing (Shenzhen) Co Ltd**
Rm 1702., Bldg 3
Tianjian Wisdom World, Huilongpu Cmty
Longcheng St, Longgang Dist
Shenzhen City, GD, CHINA   51817

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,692.50** |
|---|---|---|---|

**Uline Shipping Supply**
PO Box 88741
Chicago, IL 60680-1741

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2023

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.40** |
|---|---|---|---|

**UNFI Audit**
One Bridgestone Parkway, Ste 100
Nashville, TN 37214

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/11/2022

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,161.33** |
|---|---|---|---|

**UNFI Shared Services**
1 Albion Road
Lincoln, RI 02865

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2023

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**United Health Care**
PO Box 88106
Chicago, IL 60680-1106

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  4658

Is the claim subject to offset? ■ No ☐ Yes

---

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9229-6A99B3A9359B

11/19/24 4:35PM

| Debtor | P3 Pure LLC | Case number (if known) | 24-10532 |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,846.25 |
|---|---|---|---|

**United Natural Foods Inc**
433 Oak Glen Rd
Howell, NJ 07731-8932

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 2/23/2023

**Basis for the claim:** Service

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,956.66 |
|---|---|---|---|

**Univar Solutions**
62190 Collections Center Dr
Chicago, IL 60693-0621

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 4/2023

**Basis for the claim:** Supplier

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.47 |
|---|---|---|---|

**Videojet Technologies Inc**
1500 N Mittel Blvd.
Wood Dale, IL 60191-1073

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 8/1/2021

**Basis for the claim:** Service

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Sizemore**
1510 N 17th St Unit 2B
Tampa, FL 33605

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred 4/14/2024, 4/21/2021

**Basis for the claim:** Consulting Services

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 9,158.49 |
| 5b. Total claims from Part 2 | 5b. + | $ | 356,508.02 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 365,666.51 |

Docusign Envelope ID: D2F9FF7E-DAF6-4A01-9220-6A99B3A9358B

11/19/24  4:35PM

| Fill in this information to identify the case: |
|---|
| Debtor name  **P3 Pure LLC** |
| United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS |
| Case number (if known)  **24-10532** |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **General Contract for Services** | |
| State the term remaining | **AOA Products LLC** |
| List the contract number of any government contract | **3618 King Rd, Unit D** **Toledo, OH 43617** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Marketing Management Agreement** | |
| State the term remaining | **Danica Matulis DBA Marketing Stack LLC** |
| List the contract number of any government contract | **24081 Gemwood Dr** **Lake Forest, CA 92630** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement** | |
| State the term remaining | **EPA Marketing** |
| List the contract number of any government contract | **15970 115th Avenue North** **Jupiter, FL 33478** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Management Services Agreement** | |
| State the term remaining    **Month to Month** | **Gina Simmons** |
| List the contract number of any government contract | **304 Midlothian Avenue** **Tampa, FL 33617** |

Docusign Envelope ID: D2F9FF7E-BAF6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Debtor 1 | **P3 Pure LLC** | | | Case number (*if known*) | **24-10532** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Nicolas Gutierrez**<br>**5119 Chilkoot St**<br>**Tampa, FL 33617** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Management Srevices Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **William Sizemore**<br>**1510 N 17th St Unit 2B**<br>**Tampa, FL 33605** |

| Fill in this information to identify the case: |
|---|
| Debtor name **P3 Pure LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS |
| Case number (if known) **24-10532** |

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Amy Perez** | **4424 Jackson Ave. #539 Austin, TX 78731** | **U.S. Small Business Administration** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Docusign Envelope ID: D2E9EE7E-BAF6-4A01-9220-6A99B3A93595

11/19/24 4:35PM

---

**Fill in this information to identify the case:**

Debtor name **P3 Pure LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **24-10532**

■ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$319,011.24** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,145,644.68** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Amazon Capital Services**<br>**410 Terry Ave. N.**<br>**Seattle, WA 98109** | **3/6/24**<br>**$15,084.14**<br>**5/6/24**<br>**$455.47** | **$15,539.61** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Docusign Envelope ID: D3F9EF7E-DAE6-4A01-9220-6A99B3A93598

11/19/24 4:35PM

Debtor **P3 Pure LLC**                     Case number *(if known)* **24-10532**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Regions Bank** **PO Box 2224** **Birmingham, AL 35246-3042** | 3/8/24 $4,000.00 3/25/24 $3,000.00 4/5/24 $2,000.00 5/3/24 $4,500.00 | $13,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Credit Card Payment** |
| 3.3. **Cardmember Service** | 3/8/24 $2,100.00 3/25/24 $1,000.00 3/27/24 $4,000.00 4/5/24 $3,000.00 4/5/24 $2,000.00 5/3/24 $1,750.00 4/5/24 $3,000.00 5/3/24 $1,750.00 | $13,850.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Credit Card Payment** |
| 3.4. **AOA Products LLC** **3618 King Rd, Unit D** **Toledo, OH 43617** | 02/16/24 $2,613.98 03/04/24 $1,261.08 03/08/24 $3,218.23 03/18/24 $4,979.76 03/25/24 $6,353.57 04/05/24 $5,140.65 04/12/24 $5,140.65 04/19/24 $12,966.64 | $41,674.56 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Danica Matulis DBA Marketing Stack LLC** **24081 Gemwood Dr** **Lake Forest, CA 92630** | 02/16/24 $2,000.00 03/18/24 $2,000.00 04/02/24 $2,000.00 04/17/24 $2,000.00 05/03/24 $2,000.00 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.6. **EPA Marketing** **15970 115th Avenue North** **Jupiter, FL 33478** | 03/08/24 $3,726.20 04/12/24 $5,152.36 | $8,878.56 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |

Docusign Envelope ID: D2F9EF7E-BAF6-4A01-9229-6A99B2A9359B

11/19/24 4:35PM

| Debtor | P3 Pure LLC | Case number *(if known)* | 24-10532 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **Gina Simmons**<br>**304 Midlothian Avenue**<br>**Tampa, FL 33617** | 02/16/24<br>$1,670.25<br>03/14/24<br>$1,670.25<br>03/18/24<br>$1,670.25<br>04/02/24<br>$1,670.25<br>04/12/24<br>$1,670.25<br>05/03/24<br>$1,670.25 | $9,821.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Jedwards International**<br>**141 Campanelli Dr**<br>**Braintree, MA 02184** | 03/08/24<br>$1,528.84<br>04/05/24<br>$5,798.00<br>04/12/24<br>$5,798.00<br>05/02/24<br>$2,264.00 | $15,388.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Amy Perez**<br>**4424 Jackson Ave., #539**<br>**Austin, TX 78731**<br>**Founder / Chief Executive Officer** | **May 13, 2023<br>- May 13,<br>2024** | $90,780.00 | Compensation |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Docusign Envelope ID: D2F9EF7E-BAE6-4A01-9220-6A99B3A93598

11/19/24  4:35PM

Debtor **P3 Pure LLC**                                              Case number *(if known)* **24-10532**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**PO Box 4906**<br>**Orlando, FL 32802** | | **04/25/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Docusign Envelope ID: D2F9EE7E-BAE6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | | Case number (if known) | **24-10532** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Harney Partners 8911 N Capital of Texas Hwy, Suite 2120 Austin, TX 78759** | | **05/10/2024** | **$10,000.00** |
| | Email or website address **bpatterson@harneypartners.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3215 Exposition Blvd. #B-24 Austin, TX 78703** | **2020-2023** |

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

| Debtor | P3 Pure LLC | Case number *(if known)* | 24-10532 |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Independent Bank**<br>**2800 Barton Creek**<br>**Austin, TX 78735** | **XXXX-7932** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **On or about 5/13/2024 when Debtor filed for Chapter 11** | **$31,346.64** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Advantage Storage - Austin**<br>**6500 Ranch Road 2222**<br>**Austin, TX 78730** | **Amy Perez, 4424 Jackson Ave., Apt 539, Austin, TX 78731** | **Office documents; (2) old depreciated melters.** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | P3 Pure LLC | Case number *(if known)* | 24-10532 |
|---|---|---|---|

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Newton Bookkeeping** **779 Hometown Pkwy** **Kyle, TX 78640** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | P3 Pure LLC | Case number *(if known)* | 24-10532 |
|---|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ironclad Consulting Services**<br>**12916 Meridian Park Blvd**<br>**Austin, TX 78739** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Newton Bookkeeping**<br>**779 Hometown Pkwy**<br>**Kyle, TX 78640** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amy Perez** | **4424 Jackson Ave #539**<br>**Austin, TX 78731** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Docusign Envelope ID: D2F9EE7E-BAE6-4A01-9220-6A99B3A9359B

11/19/24 4:35PM

| Debtor | **P3 Pure LLC** | | Case number *(if known)* | **24-10532** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Amy Perez**<br>**4424 Jackson Ave #539**<br>**Austin, TX 78731** | **90,780.00** | **May 13, 2023 -**<br>**May 13, 2024** | **Compensation** |
| | Relationship to debtor<br>**Founder / Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Signed by **November 19, 2024**

_____
Signature of individual signing on behalf of the debtor

**Amy Perez**
Printed name

Position or relationship to debtor     CEO / Founder

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes

**DocuSign**

## Certificate Of Completion

Envelope Id: D9831656B6FD47A3BE32FF9768E124F5
Subject: Complete with Docusign: Statement of Changes in Schedules & Statements (to be signed).pdf
Source Envelope:
Document Pages: 8
Certificate Pages: 2
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Signatures: 1
Initials: 0

Envelope Originator:
Valerie Braun
495 N Keller Rd Ste 300
Maitland, 32751-8656
valerie.braun@akerman.com
IP Address: 104.182.26.121

### Record Tracking

Status: Original
          11/19/2024 6:14:40 PM

Holder: Valerie Braun
          valerie.braun@akerman.com

Location: DocuSign

### Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amy Perez<br>amy@heyprettyfrank.com<br>Founder<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Amy Perez*<br>FC72A4EC979548A...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 70.126.65.206<br>Signed using mobile | Sent: 11/19/2024 6:15:29 PM<br>Viewed: 11/19/2024 6:33:32 PM<br>Signed: 11/19/2024 6:33:36 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |

### In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

### Editor Delivery Events

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

### Agent Delivery Events

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

### Intermediary Delivery Events

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

### Certified Delivery Events

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

### Carbon Copy Events

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Teresa Barrera<br>teresa.barrera@akerman.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 11/19/2024 6:15:30 PM<br>Viewed: 11/19/2024 6:34:48 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Valerie Braun<br>valerie.braun@akerman.com<br>Akerman LLP<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 11/19/2024 6:15:30 PM<br>Resent: 11/19/2024 6:33:39 PM<br>Viewed: 11/19/2024 6:34:47 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |

### Witness Events

| Witness Events | Signature | Timestamp |
|---|---|---|

### Notary Events

| Notary Events | Signature | Timestamp |
|---|---|---|

### Envelope Summary Events

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/19/2024 6:15:30 PM |
| Certified Delivered | Security Checked | 11/19/2024 6:33:32 PM |
| Signing Complete | Security Checked | 11/19/2024 6:33:36 PM |
| Completed | Security Checked | 11/19/2024 6:33:36 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: D2F9FF7EDAE64A0192206A99B3A8358B | | Status: Completed |
| Subject: Complete with Docusign: P3 - Amended Schedules and Statements (post-conversion).PDF | | |
| Source Envelope: | | |
| Document Pages: 30 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Valerie Braun |
| AutoNav: Enabled | | 495 N Keller Rd Ste 300 |
| EnvelopeId Stamping: Enabled | | Maitland,  32751-8656 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | valerie.braun@akerman.com |
| | | IP Address: 104.182.26.121 |

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Valerie Braun | Location: DocuSign |
|     11/19/2024 6:13:07 PM | valerie.braun@akerman.com | |

### Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amy Perez<br>amy@heyprettyfrank.com<br>Founder<br>Security Level: Email, Account Authentication (None) | *[DocuSigned by signature: Amy Perez]*<br>FC72A4EC979548A...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 70.126.65.206<br>Signed using mobile | Sent: 11/19/2024 6:14:27 PM<br>Viewed: 11/19/2024 6:33:05 PM<br>Signed: 11/19/2024 6:33:18 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

### In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

### Editor Delivery Events

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

### Agent Delivery Events

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

### Intermediary Delivery Events

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

### Certified Delivery Events

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

### Carbon Copy Events

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Teresa Barrera<br>teresa.barrera@akerman.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 11/19/2024 6:14:28 PM<br>Viewed: 11/19/2024 6:33:48 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Valerie Braun<br>valerie.braun@akerman.com<br>Akerman LLP<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 11/19/2024 6:14:28 PM<br>Resent: 11/19/2024 6:33:21 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

### Witness Events

| Witness Events | Signature | Timestamp |
|---|---|---|

### Notary Events

| Notary Events | Signature | Timestamp |
|---|---|---|

### Envelope Summary Events

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/19/2024 6:14:28 PM |
| Certified Delivered | Security Checked | 11/19/2024 6:33:05 PM |
| Signing Complete | Security Checked | 11/19/2024 6:33:18 PM |
| Completed | Security Checked | 11/19/2024 6:33:18 PM |

| Payment Events | Status | Timestamps |
|---|---|---|