**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 27, 2024**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-10532-smr |
| P3 PURE LLC, | § | |
| | § | Chapter 7 |
| DEBTOR. | § | |

**ORDER GRANTING MONTGOMERY CAPITAL PARTNERS III, LP'S
SECOND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

CAME ON TO BE CONSIDERED the Second Motion for Relief from the Automatic Stay (the "Motion") filed by Montgomery Capital Partners III, LP. After considering the Motion, any responses thereto, and based upon the record in this case, and sufficient cause appearing therefore, the Court is of the opinion that the Motion should be approved.

Therefore, the Motion is hereby **GRANTED**.

Accordingly, it is **ORDERED** that the automatic stay is lifted for the purpose of allowing Montgomery Capital Partners III, LP to exercise its rights and remedies under applicable law with respect to substantially all the assets of the Debtor that are collateral for the secured claim held by Montgomery Capital Partners III, LP.

### END OF ORDER ###

Prepared and submitted by:

Scott D. Lawrence, Tex. Bar No. 24087896
Catherine A. Curtis, Tex. Bar No. 24095708
Meghan D. Young, Tex. Bar No. 24138518
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
scott.lawrence@wickphillips.com
catherine.curtis@wickphillips.com
meghan.young@wickphillips.com