IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10532-smr |
| P3 PURE LLC | § | CHAPTER 7 PROCEEDING |
| DEBTOR | § | |

### AMENDED CHAPTER 7 TRUSTEE'S NOTICE OF PAYMENT OF ADMINISTRATIVE EXPENSE

NOW COMES RANDOLPH N. OSHEROW, Trustee of the bankruptcy estate **P3 PURE LLC,** Debtor in the above-entitled and numbered proceeding, and files this, his Amended Notice of Payment of Administrative Expenses on behalf of the Bankruptcy Estate.

The Trustee would show the Court the following: On 10/28/24 this case was converted from a Chapter 11 to a Chapter 7 petition initiating this case under Chapter 7 of the Bankruptcy Code; Randolph N. Osherow was subsequently appointed Trustee of Debtor's Bankruptcy Estate. The case is now closed.

The Trustee is paying the storage fees in the case in the amount of $291.00 which constitutes storage fees for December 1 to December 31, 2024. The invoice is attached, Payment will be made to Advantage Store-Austin, 6500 Ranch Road 2222, Austin, TX 78730 in the amount of $281.00 plus a $10.00 late charge. The Trustee mailed the check on 11/22/24 and it was not cashed. The new check will include a $10.00 late fee, so the total amount paid will be $291.00.

A copy of this Notice has been forwarded to all interested parties in accordance with Local Rule 9014.

Respectfully submitted this 9th day of December, 2024.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
rosherow@hotmail.com
**Chapter 7 Trustee**

# INVOICE

**MAKE CHECK PAYABLE TO:**
Advantage Storage - Austin
6500 Ranch Road 2222
Austin, TX 78730

| | |
|---|---|
| Unit(s) | 31000 |
| Tenant | 638338 |
| Invoice | 1653 |
| Invoice Date | November 21, 2024 |
| Due Date | December 1, 2024 |

**Amount Due $281.00**

Amy Perez
4424 Jackson Ave Apt 539
Austin, TX 78731

☐ Please check box if address is incorrect and indicate change. Signature is required to authorize address changes.

_____
Signature

AMOUNT ENCLOSED $_____

--------------------------------------------------
**DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| UNIT | DATE | ITEM/SERVICE | AMOUNT | TAX | DUE |
|---|---|---|---|---|---|
| 31000 | 12/1/2024 | Rent 12/1-12/31 | 269.00 | 0.00 | 269.00 |
| 31000 | 12/1/2024 | Insurance 12/1-12/31 | 12.00 | 0.00 | 12.00 |
| | | | Subtotal | $ | 281.00 |
| | | | Taxes | $ | 0.00 |
| | | | Balance Due | $ | 281.00 |

Please remit the total due amount of $281.00 to the above address.

REFERRALS PAY OFF!!!!! Send your friends and collect your bonus.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10532-smr |
| P3 PURE LLC | § | CHAPTER 7 PROCEEDING |
| DEBTOR | § | |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the CHAPTER 7 TRUSTEE'S AMENDED NOTICE OF PAYMENT OF ADMINISTRATIVE EXPENSES, was served by U.S. first class mail, postage prepaid, upon the following parties of record this 9th day of December, 2024:

US Trustee
903 San Jacinto Boulevard
Suite 230
Austin, TX 78701

P3 Pure, LLC
1900 E Howard Lane, Building D
Pflugerville, TX 78660

**Debtor(s)**

Advantage Storage Austin
6500 Ranch Road 2222
Austin, TX 78730

Randall Adam Swick
Akerman, LLP
500 W 5th Street
Suite 1210
Austin, TX 78701

**Counsel For Debtor(s)**

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com
**Chapter 7 Trustee**